--------------------------------------------------------------------------------

Judge: JUDGE RICHEY                              Case Filed: 05/15/89

Prior Magistrate Number: 89-0299M-02

Related to: 89-1051
            89-1052
            89-1063
            89-1064

Defendant:

1   BUTLER, MELVIN                    Birthdate: 06/30/63

   Address: 625 Pacific Coast Hwy. Apt 196
            Wilmington, CA

   Dft ID: -2894

   Defendant terminated: 02/23/91

   Terminated counts:                Disposition
     Narcotics-Heroin/Cocaine:         Case closed:  All counts
       Heroin/Cocaine-Distribution       terminated (for statistical
         Conspiracy to Violate           purposes only.).  02/23/91
         Narcotic Laws (offense
         date: 1985 - 5/89), 21 USC
         846 (1), Racketeering,
         narcotics - Interstate
         Travel in Aid of
         Racketeering (offense date:
         3/88), 18 USC 1952(a)(3)
         (16), Narcotics-
         Heroin/Cocaine:
         Heroin/Cocaine-Distribution
         -   unlawful Use of a
         Communications Facility.
         (offense date: 8/17/88), 21
         USC 843(b) (26), Narcotics-
         Heroin/Cocaine:
         Heroin/Cocaine-Distribution
         -   Conspiracy to Violate
         Narcotic Laws. (offense
         date: 1985 - 4/16/89), 21
         USC 846 (S2), Racketeering,
         narcotics Interstate Travel
         in Aid of   Racketeering.
         (offense date: 3-88_ ), 18

US-V-BUTLER
as of 03/08/91 at 11:07 PM
Case 1:89-cr-00162-RCL   Document 161   Filed 04/08/97   Page 2 of 41

---

USC 1952(a)(3) (S17),
Narcotics-Heroin/Cocaine:
Heroin/Cocaine-Distribution
- unlawful Use of a
Communication Facility.
(offense date: 8/17/88), 21
USC 843(b) (S27), Other
Federal Statutes: Other
Asset Forfeiture (offense
date: 1985 - 4/16/89), 21
USC 853 (S42-S43)

Offense Level (disposition): NONE

Defense Counsel:
LOBO, CYNTHIA WIMER
1201 Conn. Ave., N.W., Suite 750
Washington, DC 20036
(202) 728-0933

U S Attorneys:
SOIEFER, BETTY ANN                    ANDARY, ROBERT G
(202) 272-9019                        (202) 272-9332

HOWES, PAUL
(202) 272-9284

..................................................................

5/15/89    Filed indictment (Dkt'd 05/24/89).
Case assigned to JUDGE RICHEY (Dkt'd 05/24/89).
- Category B (Dkt'd 05/24/89).
US Attorney SOIEFER, BETTY ANN added to case (Dkt'd 05/24/89).
US Attorney ANDARY, ROBERT G added to case (Dkt'd 05/24/89).

US Attorney HOWES, PAUL added to case (Dkt'd 05/24/89).

5/17/89    Order filed (setting arraignment for 5-24-89 @ 10:00am in Courtroom 10. (N)) (JUDGE RICHEY) (Dkt'd 05/26/89).
Arraignment and plea set for 05/24/89 @ 10:00 AM (Counts 1, 16,26) (before Judge Richey.) (Dkt'd 05/26/89).

5/26/89    Order defendant removed from other district  (Rule 40) 0973 (from the Central District of California, Los Angeles.) (Dkt'd 06/05/89).
Received documents transferred pursuant to Rule 40 from 0973 (Certified copies of docket sheet, Waiver of Rule 40 Hearings, Final Commitment, Warrant of Removal, & Affidavit. Copy of Transmittal Letter.) (Dkt'd 06/05/89).

5/30/89    Motion by government filed  (MOT#1) (for Order Directing the Production of Voice Exemplars.) (Dkt'd 06/06/89).
Mark the beginning of a potential excludable period of type X-E starting on 05/30/89 ((In re MOTFGV#1 on 5-30-89)) (Dkt'd 06/06/89).
Order filed (directing that all motions for review of the Magistrate's pretrial detention orders & any supplementary materials in support of such motions shall be filed with the Court by 5-31-89 @ 4PM, directing that all discovery shall be completed by 6-16-89, directing that the Govt. shall furnish the Court & defense counsel w/exhibit book by 6-16-89, setting a status call on 6-21-89 @ 10:00am, denying oral motion of Leroy Nesbitt to continue the status call for 6-23-89, directing that all post arraignment motions shall be filed by 6-23-89 @ 4PM, oppositions to motions shall be filed by 7-17-89 by 5PM, setting hearing for 7-17-89 @ 9:30am on motions & concluding on 7-20-89 @ 5PM, setting pretrial for 8-9-89 @ 10:00am, setting a trial for 8-14-89 @ 10:00am. (N) (JUDGE RICHEY) (Dkt'd 06/06/89).

Order filed (directing that all calendar call certification sheets be entered on the official dockets & placed in the official Court jacket.  (N)) (JUDGE RICHEY) (Dkt'd 06/06/89).

05/31/89    Order filed (amending Court's Order of 5-30-89 to reflect that the Govt shall prepare exhibit books for the Court &

defense counsel by 8-9- 89, rather than the date set for
completion of discovery. (N)) (JUDGE RICHEY) (Dkt'd
06/08/89).

6/01/89   Order filed (directing that the certain calendar call
sheets be filed (N).) (JUDGE RICHEY) (Dkt'd 06/12/89).
Order filed (referring matter of bond to US Magistrate
Deborah Robinson for a hearing to determine deft's bond
status. (N)) (JUDGE RICHEY) (Dkt'd 06/12/89).
Arraignment held (Counts 1,16,26) (deft given copy of
indictment.  Court appoints Cynthia Lobo, Esq. to represent
deft.) (Dkt'd 06/12/89).
Defendant's first appearance (Dkt'd 06/12/89).
Defendant appears with counsel (Dkt'd 06/12/89).
Defendant enters plea of not guilty (Counts 1,16,26) (Dkt'd
06/12/89).
Mark the beginning of a potential excludable period of type
X-T2 starting on 06/01/89 and not to extend beyond 08/14/89
((In re ARRH on 6-1-89)Deft waives right to be present
during discussions between the Court & counsel w/respect to
procedural matters & the law applicable to the case, Court
finds that this case is unusual & complex & that the ends
of justice outweigh the public & the deft in a Speedy Trial.
) (Dkt'd 06/12/89).
Status hearing set for 06/21/89 @ 10:00 AM (Status Call,
discovery to be completed by 6-16-89.) (Dkt'd 06/12/89).
Hearing set to 07/17/89 @ 10:00 AM (Motions Hearing (to
continue to 7-20-89 @ 5PM) AND    Pretrial Conference set
for 8-9-89 @ 10:00.  Deft to file any motion s by 6- 23-89,
Govt to file any oppositions by 7-5-89 & deft to file any
replies by 7-17-89.) (Dkt'd 06/12/89).
Trial date set for 08/14/89 @ 10:00 AM (Counts 1,16,26)
(Deft. held without bond pending referral of bond hearing
to Magistrate Robinson.  Deft comm/comm issued. (REP:
Frank Rangus)) (JUDGE RICHEY) (Dkt'd 06/12/89).
Defendant committed. Commitment issued (Dkt'd 06/12/89).

6/02/89   Bail hearing held (Detention Hearing) (Dkt'd 06/13/89).
Bail hearing continued to 06/07/89 @ 3:00 PM (Detention
Hearing.  Deft. comm/comm issued. (J. Richey's case))
(MAGISTRATE ROBINSON) (Dkt'd 06/13/89).
Motion made in open court by government  (MOT#2) (to hold
deft without bond.) (Dkt'd 06/13/89).
Motion by government granted  (MOT#2) (MAGISTRATE ROBINSON)
(Dkt'd 06/13/89).
Defendant committed. Commitment issued (Dkt'd 06/13/89).
Order filed (detaining deft without bond until Magistrate
Robinson hears & determines whether deft should be detained
with or without bond.  (N)) (JUDGE RICHEY) (Dkt'd 06/13/89).

| | |
|---|---|
| 6/07/89 | Bail hearing held (Detention hearing held. Deft held without bond pending trial. Deft comm/comm issued. (J. Richey's case)) (MAGISTRATE ROBINSON) (Dkt'd 06/13/89). Defendant committed. Commitment issued (Dkt'd 06/13/89). |
| 6/09/89 | - Criminal Calendar Call Certification Sheet of deft. (Dkt'd 06/19/89). |
| 6/13/89 | Filed transcript of proceedings for 04/21/89 (Pages 1-184. (REP:  Tom Dourian)) (Dkt'd 06/21/89).<br>- Memorandum of Findings of Fact & Statement of Reasons in Support of Order of Detention to J. Richey. (N) (J. Richey's case) (MAGISTRATE ROBINSON) (Dkt'd 06/23/89).<br>Order filed (appointing W. Gary Kohlman as lead counsel for the CJA Attys for the purpose of ordering transcripts, directing that all voucher requests be filed with criminal dockets. (N)) (JUDGE RICHEY) (Dkt'd 06/23/89).<br>Filed transcript of proceedings for 04/24/89 (pages 1-99A. (REP:  Tom Dourian)) (Dkt'd 06/23/89).<br>Order filed (directing that all oppositions to any post arraignment motions filed prior to 6-23-89 shall be filed within 11 days of the date of service of the post arraignment motions, directing that all replies to the oppositions to post arraignment motions be filed within 5 days of the date of service of the opposition, directing that all oppositions to the Govt's motion for a voice exemplar shall be filed by 6-20-89 by 4pm, directing that any replies to the oppositions to the Govt's motion for a voice exemplar shall be filed by 6-27-89 by pm. (N)) (JUDGE RICHEY) (Dkt'd 06/26/89).<br>Filed transcript of proceedings for 04/25/89 (pgs 1-141. (REP: T DOurian)) (Dkt'd 06/27/89).<br>Filed transcript of proceedings for 04/26/89 (pgs 1-56 - AM (REP:  T Dourian)) (Dkt'd 06/27/89).<br>Filed transcript of proceedings for 05/01/89 (pgs 1-84 - PM (REP: T Dourian)) (Dkt'd 06/27/89).<br>Filed transcript of proceedings for 05/02/89 (pgs 1-103 (REP:  T Dourian)) (Dkt'd 06/27/89).<br>Filed transcript of proceedings for 05/08/89 (pgs 1-50 - AM (REP:  T Dourian)) (Dkt'd 06/28/89).<br>Filed transcript of proceedings for 05/11/89 (pgs 1-67 - PM (REP:  T Dourian)) (Dkt'd 06/28/89). |
| 6/14/89 | Issued writ of habeas corpus ad prosequendum (ENTERED IN ERROR.) (Dkt'd 06/28/89).<br>Issued writ of habeas corpus ad testificandum (UNDER SEAL - for certain witness on 8-1-89. (N)) (JUDGE RICHEY) (Dkt'd |

06/28/89).

6/19/89      Motion by government filed (MOT#3) (to Reconsider Court's
             Order of 5-30-89 as modified by ts 5-31-89 Order.) (Dkt'd
             06/30/89).
             Mark the beginning of a potential excludable period of type
             X-E starting on 06/19/89 ((In re MOTFGV#3 on 6-19-89))
             (Dkt'd 06/30/89).
             Order filed (filed under seal in vault (N)) (JUDGE RICHEY)
             (Dkt'd 06/30/89).
             Motion by government filed (MOT#4) (to seal (w/Exhibit:
             Application for exparte order to disclose returns & return
             information) both filed under seal, vault, room 1800))
             (Dkt'd 07/03/89).
             Mark the beginning of a potential excludable period of type
             X-E starting on 06/19/89 ((In re MOTFGV#4 on 6-19-89))
             (Dkt'd 07/03/89).

6/20/89      Filed superseding indictment (Dkt'd 07/05/89).

6/21/89      - by govt., proposed motions dates (Dkt'd 07/10/89).
             Arraignment held (Counts S2,S17,S27,S42-S43) (deft given
             copy of superseding indictment Deft comm/comm issued.
             (REP: F Rangus)) (JUDGE RICHEY) (Dkt'd 07/11/89).
             Defendant enters plea of not guilty (Counts S2,S17,S27,S42-
             S43) (court to rule on govt's motion for voice exemplars as
             soon as possible, counsel to file any objections to court's
             preliminary jury questionnaire by 6-26-89 by 4pm, court to
             consider amending motions schedule as submitted by counsel.
             ) (Dkt'd 07/11/89).
             Defendant committed. Commitment issued (Dkt'd 07/11/89).

6/22/89      Motion by government filed (MOT#5) (to file under seal,
             (w/exhibit: govt's exparte response, filed under seal,
             vault, room 1800)) (Dkt'd 07/11/89).
             Mark the beginning of a potential excludable period of type
             X-E starting on 06/22/89 ((In re MOTFGV#5 on 6-22-89))
             (Dkt'd 07/11/89).

6/23/89      Order filed (extending discovery to 7-7-89 a 4pm,.
             directing that all post- arraignment motions be filed by 7-
             10-89 by 4pm, directing that all oppositions be filed by 7-
             24-89 by 4pm, directing that all replies be filed by 7-31-
             89 by 4pm, hearings on post-arraignment motions set for 8-1-
             89 a 10:00am & will continue to 8-4-89. (N)) (JUDGE RICHEY)
             (Dkt'd 07/12/89).
             Hearing set to 08/01/89 a 10:00 AM (Post-arraignment
             motions, & will continue to 8-4-89.) (Dkt'd 07/12/89).

6/28/89     Order filed (granting govt's motion for production of voice
        exemplars, directing that voice exemplars shall be takent
        by 7-18-89 by 4pm, directing the govt to disclose to
        defense counsel by 8-1-89 portions, if any, of the
        wiretapped conversations pertaining to their respecti.
        clients that will be offered at trial (N)) (JUDGE RICHE')
        (Dkt'd 07/13/89).
        Motion by government granted  (MOT#1) (JUDGE RICHEY) (Dkt'd
        07/13/89).
        Excludable delay due to hearings on Pretrial Motions began
        on 05/30/89 and ended on 06/28/89 (Dkt'd 07/13/89).

6/29/89     Order filed (denying govt's request to reconsider the
        court's order of 5-30- 89 & 5-31-89 w/exceptions (N))
        (JUDGE RICHEY) (Dkt'd 07/14/89).
        Motion by government denied  (MOT#3) (JUDGE RICHEY) (Dkt'd
        07/14/89).
        Excludable delay due to hearings on Pretrial Motions began
        on 06/19/89 and ended on 06/29/89 (Dkt'd 07/14/89).

7/06/89     Issued writ of habeas corpus ad testificandum (for
        production of certain witness ordered & issued (Under seal)
        (N)) (JUDGE RICHEY) (Dkt'd 07/17/89).

7/10/89     Motion  filed  (MOT#6) (by deft., to adopt motion of
        codefts.) (Dkt'd 07/17/89).
        Mark the beginning of a potential excludable period of type
        X-E starting on 07/10/89 ((In re MOTFOD#6 on 7-10-89))
        (Dkt'd 07/17/89).
        Motion  filed  (MOT#7) 'by deft., for disclosure of
        witnesses. w/Memorandum in Support) (Dkt'd 07/17/89).
        Mark the beginning of a potential excludable period of type
        X-E starting on 07/10/89 ((In re MOTFOD#7 on 7-10-89))
        (Dkt'd 07/17/89).
        Motion for severance/separate trial filed  (MOT#8) (Counts
        1,16,26,S2,S17,S27,S42-S43) (by deft. w/Memorandum of Ps&As.
        ) (Dkt'd 07/17/89).
        Mark the beginning of a potential excludable period of type
        X-E starting on 07/10/89 ((In re MOTFSV#8 on 7-10-89))
        (Dkt'd 07/17/89).
        Motion to suppress statement/testimony filed  (MOT#9)
        (Counts 1,16,26,S2,S17,S27,S42-S43) (by deft., to suppress
        statements & tangible evidence. w/Memorandum of Ps&As.)
        (Dkt'd 07/17/89).
        Mark the beginning of a potential excludable period of type
        X-E starting on 07/10/89 ((In re MOTFST#9 on 7-10-89))
        (Dkt'd 07/17/89).
        Motion  filed  (MOT#10) (by deft., for disclosure of
        confidential informers w/Memorandum of law in support)

(Dkt'd 07/17/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#10 on 7-10-89))
  (Dkt'd 07/17/89).
Motion filed (MOT#11) (by deft., for disclosure of
  information regarding similar act evidence the govt.
  intends to introduce at trial. w/Memorandum in support.)
  (Dkt'd 07/17/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#11 on 7-10-89))
  (Dkt'd 07/17/89).
Motion filed (MOT#12) (defts' joint motion to compel
  discovery per FRcrPr 16 & production under Brady v Maryland.
  ) (Dkt'd 07/18/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#12 on 7-10-89))
  (Dkt'd 07/18/89).
Motion to produce filed (MOT#13) (Counts 1,16,26,S2,S17,
  S27,S42-S43) (by deft., to produce witness & evidence list.
  ) (Dkt'd 07/18/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFPD#13 on 7-10-89))
  (Dkt'd 07/18/89).
Order filed (setting status conference for 7-17-89 a 8:30am
  (N)) (JUDGE RICHEY) (Dkt'd 07/19/89).
Motion filed (MOT#14) (by defts, to hold proceedings in a
  courtroom without a plexiglass partition, iner alia, & Ps&
  As.) (Dkt'd 07/19/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#14 on 7-10-89))
  (Dkt'd 07/19/89).
Motion to suppress evidence filed (MOT#15) (Counts 1,16,26,
  S2,S17,S27,S42-S43) (by defts, to suppress wire
  communications. w/Exhibits #A-#D. & Memorandum in support.)
  (Dkt'd 07/19/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFSE#15 on 7-10-89))
  (Dkt'd 07/19/89).
Motion filed (MOT#16) (by defts, exparte motion for
  excess compensation & interim payments to appointed counsel
  w/(2) attachments) (Dkt'd 07/19/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#16 on 7-10-89))
  (Dkt'd 07/19/89).
Motion for change of venue filed (MOT#17) (Counts 1,16,26,
  S2,S17,S27,S42-S43) (by defts, w/exhibits #a&b.) (Dkt'd
  07/20/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFCV#17 on 7-10-89))

(Dkt'd 07/20/89).
Motion for joinder filed  (MOT#18) (Counts 1,16,26,S2,S17,
  S27,S42-S43) (by defts, to adopt & conform motions) (Dkt'd
  07/20/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFJO#18 on 7-10-89))
  (Dkt'd 07/20/89).
Motion  filed  (MOT#19) (defts joint motion to compel govt
  to permit scientific examination to narcotic substances)
  (Dkt'd 07/20/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/10/89 ((In re MOTFOD#19 on 7-10-89))
  (Dkt'd 07/20/89).

7/11/89    Motion to suppress evidence filed  (MOT#20) (Counts 1,16,26,
  S2,S17,S27,S42-S43) (by defts) (Dkt'd 07/21/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFSE#20 on 7-11-89))
  (Dkt'd 07/21/89).
Motion to suppress e.idence filed  (MOT#21) (Counts 1,16,26,
  S2,S17,S27,S42-S43) (defts, to suppress wire
  communications) (Dkt'd 07/21/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFSE#21 on 7-11-89))
  (Dkt'd 07/21/89).
Motion to dismiss filed  (MOT#22) (Counts 1,16,26,S2,S17,
  S27,S42-S43) (defts, to dismiss indictment) (Dkt'd
  07/21/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFDC#22 on 7-11-89))
  (Dkt'd 07/21/89).
Motion for extension of time to file pre-trial motions
  filed  (MOT#23) (Counts 1,16,26,S2,S17,S27,S42-S43) (defts,
  for one day extention of time to file motoins) (Dkt'd
  07/21/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFXT#23 on 7-11-89))
  (Dkt'd 07/21/89).
Motion  filed  (MOT#24) (defts, for atty voir dire) (Dkt'd
  07/24/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFOD#24 on 7-11-89))
  (Dkt'd 07/24/89).
Motion  filed  (MOT#25) (defts' motion for pretrial access
  to witnesses & for appropriate relief from various
  erroneous rulings by Magistrate Robinson.) (Dkt'd 07/24/89).

Mark the beginning of a potential excludable period of type
  X-E starting on 07/11/89 ((In re MOTFOD#25 on 7-11-89))

(Dkt'd 07/24/89).
Motion to suppress evidence filed (MOT#26) (Counts 1,16,26,
 S2,S17,S27,S42-S43) (defts, to suppress conversations
 overheard and/or recorded by govt agents resulting from
 purported consent of any party to those conversations)
 (Dkt'd 07/24/89).
Mark the beginning of a potential excludable period of type
 X-E starting on 07/11/89 ((In re MOTFSE#26 on 7-11-89))
 (Dkt'd 07/24/89).
Motion filed (MOT#27) (defts, for appropriate relief
 concerning voice identification & the taking & use of voice
 exemplars by the govt.) (Dkt'd 07/25/89).
Mark the beginning of a potential excludable period of type
 X-E starting on 07/11/89 ((In re MOTFOD#27 on 7-11-89))
 (Dkt'd 07/25/89).
Motion for change of venue filed (MOT#28) (Counts 1,16,26,
 S2,S17,S27,S42-S43) (defts, supplemental, or in the
 alternative, dismissal of indictment for political
 advantage & to prevent defts from being able to select a
 fair & impartial jury in WDC) (Dkt'd 07/25/89).
Mark the beginning of a potential excludable period of type
 X-E starting on 07/11/89 ((In re MOFCV#28 on 7-11-89))
 (Dkt'd 07/25/89).

7/12/89    - memorandum, re: interim voucher payments for CJA attys.
            (Dkt'd 07/26/89).

7/13/89    - copy of defts motion to dismiss indictment, "denied"
            (fiat)(N) (JUDGE RICHEY) (Dkt'd 07/26/89).
           Motion to dismiss denied (MOT#22) (JUDGE RICHEY) (Dkt'd
            07/26/89).
           Excludable delay due to hearings on Pretrial Motions began
            on 07/11/89 and ended on 07/13/89 (Dkt'd 07/26/89).
           - copy of defts supplemental motin for change of venue or
            in the alternative, dismiss the indictment "denied"
            (fiat)(N) (JUDGE RICHEY) (Dkt'd 07/29/89).
           - copy of defts motion for one day extension of time to
            file motions "granted" (fiat)(N) (JUDGE RICHEY) (Dkt'd
            07/29/89).
           Motion for extension of time to file pre-trial motions
            granted (MOT#23) (JUDGE RICHEY) (Dkt'd 07/29/89).
           Excludable delay due to hearings on Pretrial Motions began
            on 07/11/89 and ended on 07/13/89 (Dkt'd 07/29/89).
           Order filed (copy of defts motion for atty voir dire
            "denied in major part, granted in some respects after & to
            extent that counsel may submit voir dire questions in
            advance of pretrial & after court's voir dire if necessary"
            )(fiat)(N)) (JUDGE RICHEY (Dkt'd 08/02/89).
           Motion granted in part: denied in part (MOT#24) (JUDGE

RICHEY) (Dkt'd 08/02/89).
Excludable delay due to hearings on Pretrial Motions began
  on 07/11/89 and ended on 07/13/89 (Dkt'd 08/02/89).
Order filed (granting defts motion for extension of time to
  file post- arraignment motions, defts to file any
  additional post-arraignment motions by 7-19-89 by 4pm, govt
  to respond by 7-31-89 by 4pm & replies of deft due 8-7-89
  by 4pm(N)) (JUDGE RICHEY) (Dkt'd 08/03/89).
Order filed (allowing defts to adopt motions filed by
  codefts to extent they have standing to raise the issues
  set forth in such motions(N)) (JUDGE RICHEY) (Dkt'd
  08/03/89).
Motion for joinder granted  (MOT#18) (JUDGE RICHEY) (Dkt'd
  08/03/89).
Excludable delay due to hearings on Pretrial Motions began
  on 07/10/89 and ended on 07/13/89 (Dkt'd 08/03/89).
Motion for change of venue denied  (MOT#17) (JUDGE RICHEY)
  (Dkt'd 08/04/89).
Motion for change of venue denied  (MOT#28) (JUDGE RICHEY)
  (Dkt'd 08/04/89).
Excludable delay due to hearings on Pretrial Motions began
  on 07/10/89 and ended on 07/13/89 (Dkt'd 08/04/89).
Excludable delay due to hearings on Pretrial Motions began
  on 07/11/89 and ended on 07/13/89 (Dkt'd 08/04/89).

07/14/89        Motion  filed  (MOT#29) (defts, for leave to file
                  additional motions) (Dkt'd 08/04/89).
                Mark the beginning of a potential excludable period of type
                  X-E starting on 07/14/89 ((In re MOTFOD#29 on 7-14-89))
                  (Dkt'd 08/04/89).

07/17/89        Motion by government filed  (MOT#30) (govt's motion for
                  protective order & sealing of portions of juror
                  questionnaire.) (Dkt'd 08/05/89).
                Order  filed (granting govt's motion for protective order
                  re: juror questionnaires, sealing certain questions (N))
                  (JUDGE RICHEY) (Dkt'd 08/05/89).
                Motion by government granted  (MOT#30) (JUDGE RICHEY)
                  (Dkt'd 08/05/89).
                Status hearing held (in re:  trial procedures. deft
                  comm/comm issued. (REP:  Steve Hubbard)) (JUDGE RICHEY)
                  (Dkt'd 08/05/89).
                Defendant committed. Commitment issued (Dkt'd 08/05/89).
                - letter dated 7-12-89 from William H. Murphy re: errors in
                  filings "let this be filed" (fiat)(N) (JUDGE RICHEY) (Dkt'd
                  08/05/89).
                Order filed (directing that all defense counsel file with
                  the court by 7-21- 89 a list of adopted motions (N)) (JUDGE
                  RICHEY) (Dkt'd 08/05/89).

CR-89-01702-01   US-V-BUTLER   CR-89-01702-01
PROCEEDINGS
Case 1:89-cr-00162-RCL   Document 161   Filed 04/08/97   Page 12 of 41

07/18/    Filed writ of nabeas corpus ad testificandum returned
          executed, served on 07/14/89 (originally issued 6-12-89 to
          FCI Petersburg for M. Pollard.) (Rec'd 08/05/89).

07/19/89    Memorandum in opposition to motion  (MOT#19) (Govt's
          response to deft's joint motion to compel govt
          to permit scientific exam of narcotic substances) (Dkt'd
          08/07/89).
          Motion filed  (MOT#31) (defts. to modify jury
          questionnaire) (Dkt'd 08/07/89).
          Mark the beginning of a potential excludable period of type
          X-E starting on 07/19/89 ((In re MOTFOD#31 on 7-19-89))
          (Dkt'd 08/07/89).
          Motion filed  (MOT#32) (defts. for reconsideration & to
          vacate order, inter alia) (Dkt'd 08/08/89).
          Mark the beginning of a potential excludable period of type
          X-E starting on 07/19/89 ((In re MOTFOD#32 on 7-19-89))
          (Dkt'd 08/08/89).

07/20/89    Order appointing attorney LOCD, CYNTHIA WIMER to represent
          defendant (signed 7-17-89, Nex: 5-30-89.  Voucher #176285.)
          (JUDGE RICHEY) (Dkt'd 08/08/89).

07/21/89    Order filed (denying in part & granting in part defts
          motion for atty voir dire (N)) (JUDGE RICHEY) (Dkt'd
          08/08/89).

07/24/89    Memorandum in opposition to motion to suppress
          statement/testimony  (MOT#9) (by govt, opposition to deft's
          motion to suppress statements & tangible evidence) (Dkt'd
          08/10/89).
          Memorandum in opposition to motion  (MOT#10) (Govt's
          response in opposition to deft's motion for disclosure of
          confidential informers, witnesses, a witness list and an
          evidence list) (Dkt'd 08/10/89).
         -  (MOT#11) (govt's response to deft's motion for
          disclosure of information regarding similar act evidence
          the govt intends to introduce at trial.) (Dkt'd 08/10/89).
          Memorandum in opposition to motion for severance/separate
          trial  (MOT#8) (Dkt'd 08/10/89).
          Filed CJA Form #21 copy #5 Authorization & Voucher for
          Expert or Other Services (for investigator services of Lee
          Ware Coykendall, 419 7th St., NW #201, WDC 20004, signed 7-
          17-89.  Voucher #0158172.) (JUDGE RICHEY) (Dkt'd 08/10/89).

          Memorandum in opposition to motion and to suppress evidence
          (MOT#'s 15,20,21,26) (by govt. in opposition to deft.'s
          motion to suppress wire communications.) (Dkt'd 08/11/89).
          Memorandum in opposition to motion  (MOT#12) (by govt. in

opposition to deft.'s joint motion to compel discovery
pursuant to Rule 16 of the FRCrP and production under Brady
v. Maryland.) (Dkt'd 08/11/89).

07/25/89    Motion filed (MOT#33) (by deft. to diminish the number
            and visibility of U.S. Marshals in the Courtroom.) (Dkt'd
            08/11/89).
            Mark the beginning of a potential excludable period o; type
            X-E starting on 07/25/89 ((In re MOTFOD#33 on 7/25/8.))
            (Dkt'd 08/11/89).

07/26/89    Motion filed (MOT#34) (by deft. for joint meeting.)
            (Dkt'd 08/11/89).
            Order filed (directing U.S. Marshal Service to bring all
            defts to the Courthouse on 7/27/89 for meeting with their
            lawyers. (N) (Judge Richey's Case)) (JUDGE SPORKIN) (Dkt'd
            08/11/89).
            Motion granted (MOT#34) (of deft. for joint meeting.)
            (JUDGE SPORKIN) (Dkt'd 08/11/89).
            Reply to answer to motion (MOT#19) (Reply memorandum by
            deft. to govt.'s opposition to defts.' joint motion to
            compel govt. to permit scientific examination of narcotic
            substances.) (Dkt'd 08/12/89).
            Motion filed (MOT#35) (by deft. to reopen and reconsider
            govt.'s motion for protective order and sealing of portions
            of juror questionnaire, P&A's.) (Dkt'd 08/12/89).
            Mark the beginning of a potential excludable period of type
            X-E starting on 07/26/89 ((In re MOTFOD#35 on 7/26/89))
            (Dkt'd 08/12/89).

07/27/89    Order filed (denying defts.' motion seeking identification
            of all confidential informants. (N)) (JUDGE RICHEY) (Dkt'd
            08/12/89).
            Motion denied (MOT#10) (of deft. seeking identification
            of all confidential informants.) (JUDGE RICHEY) (Dkt'd
            08/15/89).
            Excludable delay due to hearings on Pretrial Motions began
            on 07/10/89 and ended on 07/27/89 (Dkt'd 08/12/89).
            Order filed (denying without prejudice defts.' joint motion
            to compel govt. to permit scientific examination of
            narcotic substances. (N)) (JUDGE RICHEY) (Dkt'd 08/12/89).
            Motion denied (MOT#19) (of deft. to compel govt. to
            permit scientific examination of narcotic substances.)
            (JUDGE RICHEY) (Dkt'd 08/12/89).
            Excludable delay due to hearings on Pretrial Motions began
            on 07/10/89 and ended on 07/27/89 (Dkt'd 08/12/89).
            Order filed (denying motion of defts to reconsider the
            denial of their request that the trial be held in some
            other courtroom other than courtroom 10(N)) (JUDGE RICHEY)

(Dkt'd 08/15/89).
Motion denied (MOT#14) (JUDGE RICHEY) (Dkt'd 08/15/89).
Excludable delay due to hearings on Pretrial Motions began
  on 07/10/89 and ended on 07/27/89 (Dkt'd 08/15/89).
Motion to produce/inspect grand jury testimony filed
  (MOT#36) (Counts 1,16,26,S2,S17,S27,S42-S43) (joining
  motion #7 of deft #4) (Dkt'd 08/15/89).
Motion to produce/inspect grand jury testimony denied
  (MOT#36) (on 7-18-89) (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion filed (MOT#37) (joining motion #8 of deft #4)
  (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/27/89 ((In re MOTFOD#37 on 7-27-89))
  (Dkt'd 08/15/89).
Motion filed (MOT#38) (joining motion #12 of deft #4)
  (Dkt'd 08/15/89).
Motion granted (MOT#38) (on 7-12-89) (JUDGE RICHEY)
  (Dkt'd 08/15/89).
Motion filed (MOT#39) (joining motion #13 of deft #4)
  (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/27/89 ((In re MOTFOD#39 on 7-27-89))
  (Dkt'd 08/15/89).
Motion filed (MOT#40) (joining motion #14 of deft #4)
  (Dkt'd 08/15/89).
Motion denied (MOT#40) (on 7-27-89, (JUDGE RICHEY) (Dkt'd
  08/15/89).
Motion filed (MOT#41) (joining motion #5 of deft #5.)
  (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/27/89 ((In re MOTFOD#41 on 7-27-89))
  (Dkt'd 08/15/89).
Motion to produce/inspect grand jury testimony filed
  (MOT#42) (Counts 1,16,26,S2,S17,S27,S42-S43) (joining
  motion #9 of deft #5.) (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/27/89 ((In re MOTFGJ#42 on 7-27-89))
  (Dkt'd 08/15/89).
Motion filed (MOT#43) (joining motion #11 of deft #6)
  (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
  X-E starting on 07/27/89 ((In re MOTFOD#43 on 7-27-89))
  (Dkt'd 08/15/89).
Motion filed (MOT#44) (joining motion #3 of deft #6)
  (Dkt'd 08/15/89).
Motion denied (MOT#44) (on 7-27-89) (JUDGE RICHEY) (Dkt'd
  08/15/89).
Motion for extension of time to file pre-trial motions
  filed (MOT#45) (Counts 1,16,26,S2,S17,S27,S42-S43)

(joining motion #6 of deft #9) (Dkt'd 08/15/89).

Mark the beginning of a potential excludable period of type X-E starting on 07/27/89 ((In re MOTFXT#45 on 7-27-89)) (Dkt'd 08/15/89).

Motion filed (MOT#46) (joining motion #12 of deft #12) (Dkt'd 08/15/89).

Motion denied (MOT#46) (on 7-27-89) (Dkt'd 08/15/89).

Motion for discovery/inspection filed (MOT#47) (Counts 1, 16,26,S2,S17,S27,S42-S43) (joining motion #13 of deft #10) (Dkt'd 08/15/89).

Motion for discovery/inspection denied (MOT#47) (on 7-27-89) (JUDGE RICHEY) (Dkt'd 08/16/89).

Motion filed (MOT#48) (joining motion #14 of deft #10) (Dkt'd 08/15/89).

Mark the beginning of a potential excludable period of type X-E starting on 07/27/89 ((In re MOTFOD#48 on 7-27-89)) (Dkt'd 08/15/89).

Motion to produce filed (MOT#49) (Counts 1,16,26,S2,S17, S27,S42-S43) (joining motion #15 of deft #10) (Dkt'd 08/15/89).

Mark the beginning of a potential excludable period of type X-E starting on 07/27/89 ((In re MOTFPD#49 on 7-27-89)) (Dkt'd 08/15/89).

Motion to reveal identity of informant filed (MOT#50) (Counts 1,16,26,S2,S17,S27,S42-S43) (joining motion #16 of deft #10) (Dkt'd 08/15/89).

Motion to reveal identity of informant denied (MOT#50) (on 7-27-89) (JUDGE RICHEY) (Dkt'd 08/15/89).

Motion filed (MOT#51) (joining motion #17 of deft #10) (Dkt'd 08/15/89).

Mark the beginning of a potential excludable period of type X-E starting on 07/27/89 ((In re MOTFOD#51 on 7-27-89)) (Dkt'd 08/15/89).

Motion to disclose electronic surveillance filed (MOT#52) (Counts 1,16,26,S2,S17,S27,S42-S43) (joining motion #18 of deft #10) (JUDGE RICHEY) (Dkt'd 08/15/89).

Motion to disclose electronic surveillance denied (MOT#52) (on 7-27-89) (JUDGE RICHEY) (Dkt'd 08/15/89).

Motion filed (MOT#53) (joining motion #11 of deft #12) (Dkt'd 08/15/89).

Motion granted (MOT#53) (on 7-21-89) (JUDGE RICHEY) (Dkt'd 08/15/89).

Motion filed (MOT#54) (joining motion #14 of deft #14) (Dkt'd 08/15/89).

Mark the beginning of a potential excludable period of type X-E starting on 07/27/89 ((In re MOTFOD#54 on 7-27-89)) (Dkt'd 08/15/89).

Motion filed (MOT#55) (joining motion #8 of deft #15) (Dkt'd 08/15/89).

Motion granted (MOT#55) (JUDGE RICHEY) (Dkt'd 08/15/89).
Motion for discovery/inspection filed (MOT#56) (Counts 1,
   16,26,S2,S17,S27,S42-S43) (joining motion #9 of deft #15)
   (Dkt'd 08/16/89).
Mark the beginning of a potential excludable period of type
   X-E starting on 07/27/89 ((In re MOTFDI#56 on 7-27-89))
   (Dkt'd 08/15/89).
Motion filed (MOT#57) (joining motion #10 of deft #15)
   (Dkt'd 08/15/89).
Mark the beginning of a potential excludable period of type
   X-E starting on 07/27/89 ((In re MOTFOD#57 on 7-27-89))
   (Dkt'd 08/15/89).
Order filed (directing govt to file by 5pm on 8-4-89 an in
   camera narrative statement re: filing of witness list,
   denying defts' motion for provision of individual copies of
   govt's exhibit book(N)) (JUDGE RICHEY) (Dkt'd 08/16/89).
Order filed (denying deft's motion for disclosure of
   information regarding similar act evidence the govt intends
   to introduce at trial(N)) (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion denied (MOT#11) (JUDGE RICHEY) (Dkt'd 08/16/89).
Excludable delay due to hearings on Pretrial Motions began
   on 07/10/89 and ended on 07/27/89 (Dkt'd 08/16/89).
Order filed (denying motion of defts to diminish number &
   visibility of US Marshals(N)) (JUDGE RICHEY) (Dkt'd
   08/16/89).
Motion denied (MOT#33) (JUDGE RICHEY) (Dkt'd 08/16/89).
Excludable delay due to hearings on Pretrial Motions began
   on 07/25/89 and ended on 07/27/89 (Dkt'd 08/16/89).
Motion to reveal identity of informant filed (MOT#58)
   (Counts 1,16,26,S2,S17,S27,S42-S43) (joining motion #8 of
   deft #24) (Dkt'd 08/16/89).
Motion to reveal identity of informant denied (MOT#58) (on
   7-27-89) (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion for change of venue filed (MOT#59) (Counts 1,16,26,
   S2,S17,S27,S42-S43) (joining motion #8 of deft #25) (Dkt'd
   08/16/89).
Motion for change of venue denied (MOT#59) (on 7-27-89)
   (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion filed (MOT#60) (joining motion #11 of deft #27)
   (Dkt'd 08/16/89).
Mark the beginning of a potential excludable period of type
   X-E starting on 07/27/89 ((In re MOTFOD#60 on 7-27-89))
   (Dkt'd 08/16/89).
Motion to produce/inspect grand jury testimony filed
   (MOT#61) (Counts 1,16,26,S2,S17,S27,S42-S43) (joining
   motion #14 of deft #27) (Dkt'd 08/16/89).
Motion to produce/inspect grand jury testimony denied
   (MOT#61) (on 7-27-89) (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion to reveal identity of informant filed (MOT#62)

(Counts 1,16,26,S2,S17,S27,S42-S43) (joining motion #15 of
deft #27) (Dkt'd 08/16/89).
Motion to reveal identity of informant denied   (MOT#62) (on
7-27-89) (JUDGE RICHEY) (Dkt'd 08/16/89).
Motion for discovery/inspection filed   (MOT#63) (Counts 1,
16,26,S2,S17,S27,S42-S43) (joining motion #17 of deft #27)
(Dkt'd 08/16/89).
Motion for discovery/inspection denied   (MOT#63) (on 7-27-
89) (JUDGE RICHEY) (Dkt'd 08/16/89).

07/31/89 Order filed (denying defts motion requesting hearing to
assess admissability of coconspirators statements pursuant
to Rule 801(d)(2)(E) of Federal Rules of Evidence (N))
(JUDGE RICHEY) (Dkt'd 08/16/89).
Order filed (continuing hearings on motions to 8-3-89 a
9:30am(N)) (JUDGE RICHEY) (Dkt'd 08/16/89).
Order filed (setting oral argument on defts' motion to
reconsider the protective order of 7-17-89 w/respect to the
voir dire process for 8- 9-89 a9am (N)) (JUDGE RICHEY)
(Dkt'd 08/16/89).
Order filed (denying defts motion for bill of
particulars(N)) (JUDGE RICHEY) (Dkt'd 08/16/89).
Status hearing set for 08/09/89 a 9:00 AM (for oral
argument on defts.' motion to reconsider the protective
order of 7/17/89 with respect to the voir dire process.)
(JUDGE RICHEY) (Dkt'd 08/17/89).
Order filed (directing that the deft. be brought to U.S.
Courthouse for a meeting on 8/1/89 with counsel. (N))
(JUDGE RICHEY) (Dkt'd 08/17/89).
Notice filed (defts, of compliance pursuant to 28CFR16.21
et seq, w/affidavit.) (Dkt'd 08/18/89).

08/01/89 Motion to quash filed   (MOT#64) (govt, to quash subpoena,
w/Ps&As) (Dkt'd 08/18/89).
Order filed (resetting hearing on motions for 8-4-89 a
9am(N)) (JUDGE RICHEY) (Dkt'd 08/18/89).
Order filed (denying defts' joint motion to compel
discovery(N)) (JUDGE RICHEY) (Dkt'd 08/18/89).
Motion for discovery/inspection denied   (MOT#'s 56) (JUDGE
RICHEY) (Dkt'd 08/18/89).
Order filed (directing that deft be brought to US
Courthouse 8-2-89 for meeting w/counsel(N)) (JUDGE RICHEY)
(Dkt'd 08/18/89).
Order filed (denying defts' motion for appropriate relief
as to govt's voice identification procedures(N)) (JUDGE
RICHEY) (Dkt'd 08/18/89).
Motion  denied  (MOT#27) (JUDGE RICHEY) (Dkt'd 08/18/89).

08/02/89 Order filed (setting hearing on motions for 8-3-89 a

2pm(N)) (JUDGE RICHEY) (Dkt'd 08/18/89).
Order filed (granting govt's motion to quash subpoenas to
three DOJ officials(N)) (JUDGE RICHEY) (Dkt'd 08/21/89).
Motion to quash granted (MOT#64) (JUDGE RICHEY) (Dkt'd
08/21/89).

08/03/89    Hearing held (deft comm/comm issued (REP: William
McAllister)) (JUDGE RICHEY) (Dkt'd 08/21/89).
Motion for severance/separate trial taken under advisement
(MOT#8) (JUDGE RICHEY) (Dkt'd 08/21/89).
Defendant committed. Commitment issued (Dkt'd 08/21/89).
Motion to quash filed (MOT#65) (govt, to quash subpoena,
w/Ps&As & attachment A.) (Dkt'd 08/21/89).

08/04/89    Hearing continued to 08/07/89 @ 9:30 AM (motion of defts to
suppress wire interceptions begun & respited. Deft
comm/comm issued. (REP: Cathy Jardim, Miller Reporting))
(JUDGE RICHEY) (Dkt'd 08/21/89).
Defendant committed. Commitment issued (Dkt'd 08/21/89).
Order filed (granting in part & denying in part defts'
motion for severance, severing case into three groupings
for three separate trials(N)) (JUDGE RICHEY) (Dkt'd
08/21/89).
Motion filed (MOT#66) (defts, for reconsideration of
court's order of 7-27-89 concerning defts' joint motion to
compel the govt to permit scientific exam of narc
substances.) (Dkt'd 08/21/89).

08/07/89    Hearing held (Deft's presence waived. (REP: Cathy Jardim,
Miller Reporting)) (JUDGE RICHEY) (Dkt'd 08/22/89).
Motion made in open court for continuance (MOT#67) (deft,
to continue motion hearing on suppression.) (Dkt'd
08/22/89).
Motion for continuance granted (MOT#67) (JUDGE RICHEY)
(Dkt'd 08/22/89).
Order filed (modifying severance order (N)) (JUDGE RICHEY)
(Dkt'd 08/22/89).
Filed affidavit (defts, w/attachments) (Dkt'd 08/22/89).
Motion by government filed (MOT#68) (to modify severance)
(Dkt'd 08/22/89).
Motion by government granted (MOT#68) (JUDGE RICHEY)
(Dkt'd 08/22/89).

08/08/89    Hearing continued to 08/09/89 @ 10:00 AM (Motion of deft to
suppress evidence begun & to be resumed at trial. Deft
comm/comm issued. (REP: Cathy Jardim)) (JUDGE RICHEY)
(Dkt'd 08/23/89).
Motion made in open court for continuance (MOT#69) (deft,
to continue trial.) (Dkt'd 08/23/89).

Motion for continuance granted (MOT#69) (to limited extent
  & Court to clarify at a later date.) (JUDGE RICHEY) (Dkt'd
  08/23/89).
Motion made in open court for continuance (MOT#70) (deft,
  to continue hearing on motion to suppress statements.)
  (Dkt'd 08/23/89).
Motion for continuance granted (MOT#70) (JUDGE RICHEY)
  (Dkt'd 08/23/89).
Defendant committed. Commitment issued (Dkt'd 08/23/89).
Filed transcript of proceedings for 08/07/89 (pgs. 285-497.
  (REP: Miller Reporting Co.) (portion of tanscript placed
  under seal in vault)) (Dkt'd 08/23/89).
Order filed (denying defts' request for production of
  wiretap tapes recorded by Alta Rae Zanville on 12-19-88(N))
  (JUDGE RICHEY) (Dkt'd 08/23/89).
Order filed (granting motion of defense counsel for
  compensation in excess of statutory cap of $3500.00(N)
  (signed by C.J. Wald & J. Richey)) (JUDGE RICHEY) (Dkt'd
  08/23/89).
Motion granted (MOT#16) (JUDGE RICHEY) (Dkt'd 08/23/89).

08/09/89   Order filed (severing defts & counts, placing certain defts
  in groups (N)) (JUDGE RICHEY) (Dkt'd 08/24/89).
Motion for severance/separate trial granted (MOT#8) (JUDGE
  RICHEY) (Dkt'd 08/24/89).
Order filed (continuing trial of first group of defts to 9-
  11-89 & placing other defts on standby for trial
  thereafter(N)) (JUDGE RICHEY) (Dkt'd 08/24/89).
Status hearing continued to 08/14/89 a 10:00 AM (motion of
  defts to compel testimony of Elsa Walsh of the Washington
  Post re: source of transcript to be referred to a US
  Magistrate. Court continues trial of deft until conclusion
  of first trial of group 1 set for 9-11-89. Deft comm/comm
  issued (REP: Cathy Jardim, Miller Reporting)) (JUDGE
  RICHEY) (Dkt'd 08/25/89).
Motion to suppress statement/testimony taken under
  advisement (MOT#9) (resumed & taken under advisement)
  (JUDGE RICHEY) (Dkt'd 08/25/89).
Motion taken under advisement (MOT#35) (JUDGE RICHEY)
  (Dkt'd 08/25/89).
Motion made in open court for change of venue (MOT#71)
  (Counts 1,16,26,S2,S17,S27,S42-S43) (defts, renewed motion
  - deferred until pleadings filed w/the court) (Dkt'd
  08/25/89).
Defendant committed. Commitment issued (Dkt'd 08/25/89).

08/10/89   Motion filed (MOT#72) (deft , to place reply re:
  severance affidavits under seal (Placed under seal in room
  1800)) (Dkt'd 08/25/89).

- deft, Reply to Court's Order for severance affidavits
  (placed under seal in room 1800) (Dkt'd 08/25/89).
Filed transcript of proceedings for 08/09/89 (pgs 715-881.
  (REP: Miller Reporting Co.)) (Dkt'd 08/25/89).
Order filed (referring matter of motion s & deft Edmond's
  planned subpoena to author of Washington Post article to a
  Magistrate for appropriate action under 28 USC 636(b)(1)(A)
  (N)) (JUDGE RICHEY) (Dkt'd 08/25/89).
Order filed (granting govt's motion to quash subpoenas to
  officials of the Dept of Justice in connection w/defts'
  motion to suppress wiretap tapes (N)) (JUDGE RICHEY) (Dkt'd
  08/25/89).

8/11/89    Motion filed (MOT#73) (defts, to unseal court record)
           (Dkt'd 08/25/89).
           Order filed (denying defts' motoin for reconsideration of
           Court's order of 7- 27-89 re: defts' joint motion to compel
           govt to permit scientific exam of narc substance (N))
           (JUDGE RICHEY) (Dkt'd 08/26/89).
           Motion denied (MOT#66) (JUDGE RICHEY) (Dkt'd 08/26/89).

8/14/89    Memorandum in opposition to motion and to suppress evidence
           (MOT#'s 15,21) (govt, Supplemental opposition to defts'
           motion to suppress wire communication) (Dkt'd 08/26/89).
           Status hearing continued to 08/15/89 @ 10:00 AM (motion of
           deft to suppress statements of deft Rayful Edmon to Lt.
           Shawn McGuire begun & respited. Deft waives presence.
           (REP: Thomas Bitsko, Miller Reporting)) (JUDGE RICHEY)
           (Dkt'd 08/26/89).

8/15/89    Status hearing held (motion of deft to suppress statements
           of deft Rayful Edmond to Lt. Shawn McGuire resumed &
           concluded. Deft comm/comm issued (REP: Thomas Bitsko,
           Miller Reporting)) (JUDGE RICHEY) (Dkt'd 08/26/89).
           Motion made in open court to quash (MOT#74) (govt, to
           quash subpoena to Lt. McGuire.) (Dkt'd 08/26/89).
           Motion to quash granted (MOT#74) (JUDGE RICHEY) (Dkt'd
           08/26/89).
           Defendant committed. Commitment issued (Dkt'd 08/26/89).

8/16/89    Filed transcript of proceedings for 08/15/89 (pgs 1185-1470.
           (REP: Miller Reporting)) (Dkt'd 08/28/89).
           Order filed (FINDINGS & CONCLUSIONS pursuant to 18 USC 3161
           (h)(8)(A) granting continuance of trial to 9-11-89 &
           directing that the time be excluded in compuint the time
           within which the trial must commence, granting the
           continuance in the case on the basis of the continuance
           outweighs the best interest of the public in a speedy trial
           & serves the ends of justice (N)) (JUDGE RICHEY) (Dkt'd

08/28/89).
Order filed (granting govt's oral motion to quash subpoena
to Lt. Shawn McGuire.(N)) (JUDGE RICHEY) (Dkt'd 08/28/89).

8/18/89      - (MOT#12) (govt's response to defts' joint motion to
compel production of specific Brady info.) (Dkt'd 08/28/89).

Filed transcript of proceedings for 08/04/89 (pgs 80-283.
(REP: Miller Reporting)) (Dkt'd 08/28/89).
Filed transcript of proceedings for 08/07/89 (pgs 285-497.
(REP: Miller Reporting)) (Dkt'd 08/28/89).
Filed transcript of proceedings for 08/08/89 (pgs 498-714.
(REP: Miller Reporting)) (Dkt'd 08/28/89).
Filed transcript of proceedings for 08/14/89 (pgs 882-1184.
(REP: Miller Reporting)) (Dkt'd 08/28/89).
Filed transcript of proceedings for 08/07/89 (pgs 1-7 (REP:
Miller Reporting)  FILED UNDER SEAL) (Dkt'd 08/28/89).

8/21/89      Order filed (directing that counsel will not be compensated
for in-court time spent at trials or other pretrial
proceedings in which their clients are neither defts nor
movants(N)) (JUDGE RICHEY) (Dkt'd 08/28/89).
Order filed (directing CJA counsel to report any
inadvertent mistakes by 8-25-89 4pm in their vouchers(N))
(JUDGE RICHEY) (Dkt'd 08/28/89).
Order filed (re: questionnaire & preliminary statement,
directing counsel to file by 8-25-89 4pm any suggestions
regarding preliminary statement, attachments (preliminary
statement & questionnaire)(N)) (JUDGE RICHEY) (Dkt'd
08/28/89).

8/22/89      Order filed (MEMORANDUM OPINION & ORDER denying defts'
motion to suppress various wiretap tape recordings on the
grounds that the authorizations therefore were invalid,
denying defts' motion to suppress various tape recordings
resulting from the purported consent of any party to those
converstions(N)) (JUDGE RICHEY) (Dkt'd 08/29/89).
Motion and to suppress evidence denied  (MOT#'s 15,21,26)
(JUDGE RICHEY) (Dkt'd 08/29/89).

8/23/89      - Supplemental findings & conclusion pursuant to 18 USC
3161 (h)(8)(A) (N) (JUDGE RICHEY) (Dkt'd 08/29/89).
- defts, joint certification pursuant to local rule 304
(Dkt'd 08/29/89).
Motion  filed (MOT#75) (defts, joint omnibus motion to
consider outstanding motions and pretrial issues in advance
of pretrial conference and trial w/Memo of Ps&As) (Dkt'd
08/29/89).

8/25/89
- **deft, suggestions for preliminary statement to jurors on voir dire** (Dkt'd 08/29/89).
- **defts' proposed voir dire questions** (Dkt'd 08/29/89).
- **govt's proposed voir dire** (Dkt'd 08/30/89).
Order filed (omnibus, DENYING defts' request to reopen motions hearing as it applies to Group I only, but directing the Court may hear evidence in Groups II & III, if necessary at later date, DENYING defts' request for immediate production of exhibit book, except that as previously directed the govt shall be required to provide exhibit book for Group I on pretrial date, DENYING defts' motion for advance access to govt's witness list , directing that wiretap transcripts & consensual wiretap transcripts that ahve not been prepared shall be provided to defts by 8-29-89 by 4pm, directing defts to submit in writing by 8-29-89 by 4pm a list & description of the subpoenas to which reference is made, directing that deft Millington shall be required to re-serve his outstanding subpoenas, directing that the jury shall be sequestered & identities of jurors anonymous, ordering that defts be provided one hot meal during course of trial, DENYING defts' request for one business day off, directing govt to permit defense counsel to view physical evidence for Group I prior to pretrial on 9-5-89, DENYING defts' motion to have the Court conduct an in camera review of Zanville consensual tapes recorded on 12-19- 88 & DENYING defts' request to have the tapes placed under seal for appellate purposes, recommending the govt to provide all Jencks material for a particular witness simultaneously with the disclosure of his or her identity , directing the govt to respond to those defts who have filed adopt and conform motions re: various discovery issues, reserving the issue of whether to conduct separate hearings on the admissibility of consensual tapes until 9-5-89, declining defts' request for additional testimony from Lt. Maguire w/respect to the wiretap motion(N)) (JUDGE RICHEY) (Dkt'd 08/30/89).

8/28/89
Order filed (denying defts' motions to suppress statements made to Lt. Shawn Maguire on basis of promises of confidentiality, denying defts' motion s to suppress statements made by deft Rayful Edmond III to officers Gossage & Quanttrille on basis of promises of confidentiality (N)) (JUDGE RICHEY) (Dkt'd 09/06/89).
Order filed (denying defts' motions to suppress wiretap tapes in their entirety (N)) (JUDGE RICHEY) (Dkt'd 09/06/89).
Order filed (directing US Marshals Service to advise Director of DC Dept of Corrections to provide defts in this

case with one hot meal each day upon their return from
Court during trial & pretrial proceedings(N)) (JUDGE
RICHEY) (Dkt'd 09/06/89).

8/30/89      - MEMORANDUM OPINION setting forth reasons for jury
sequestration & anonymous jury (N) (JUDGE RICHEY) (Dkt'd
09/08/89).
Order filed (amending Court's supplemental findings &
conclusions pursuant to 18 USC 3161 (h)(8)(A) filed on 8-23-
89 to include deft Raynice Thompson in list of defts to be
tried in Group III(N)) (JUDGE RICHEY) (Dkt'd 09/08/89).

8/31/89      Motion  filed  (MOT#76) (defts, to vacate wiretap order &
reopen hearing,w/att.) (Dkt'd 09/08/89).

9/01/89      Order fi'.d (denying deft's motion to reconsider govt's
motion .or protective order & sealing of portions of juror
questionnaire (N)) (JUDGE RICHEY) (Dkt'd 09/08/89).
Motion  denied  (MOT#35) (JUDGE RICHEY) (Dkt'd 09/08/89).
Order filed (directing that if defts wish to wear civilian
clothing, they shall be allowed to wear such provided that
clothing be provided to US Marshals in cellblock not later
than 8:30am on daily basis(N)) (JUDGE RICHEY) (Dkt'd
09/08/89).
Order filed (denying defts' motion for reconsideration of
Court's order of 8- 28-89 (N)) (JUDGE RICHEY) (Dkt'd
09/08/89).
Motion in limine filed  (MOT#77) (Counts 1,16,26,S2,S17,S27,
S42-S43) (FILED 9-5-89!! by deft, w/Ps&As & Exhibit #1.)
(Dkt'd 09/11/89).

9/05/89      Order filed (denying deft Butler's motion to suppress
statements, denying deft's motion to suppress physical
evidence obtained from deft's apartment & automobile
following a traffic arrest on 4-28-89, deferring deft's
motion to suppress physical evidence of 5-23-89 until trial
(N)) (JUDGE RICHEY) (Dkt'd 09/11/89).
Motion to suppress statement/testimony denied  (MOT#9)
(JUDGE RICHEY) (Dkt'd 09/11/89).
- preliminary statement to be read by jury officer (Dkt'd
09/11/89).
- preliminary statement to be read by the Court (Dkt'd
09/11/89).
Hearing held (Pretrial Conference, trial to begin as
scheduled on 9-11-89. Deft comm/comm issued  (REP:  Cathy
Jardim, Miller Reporting)) (JUDGE RICHEY) (Dkt'd 09/11/89).

Defendant committed. Commitment issued (Dkt'd 09/11/89).
Order filed (setting forth procedures for jury

selection(N)) (JUDGE RICHEY)  (Dkt'd 09/11/89).
Order filed (exparte, re: subpoenas of defts (under seal))
  (JUDGE RICHEY) (Dkt'd 09/11/89).
Order filed (denying defts' joint motion to unseal the
  Magistrate file in US v Zanville 88-908M (N)) (JUDGE
  RICHEY) (Dkt'd 09/11/89).
Motion  denied  (MOT#73) (JUDGE RICHEY) (Dkt'd 09/11/89).
Order filed (MEMORANDUM OPINION & ORDER  denying defts
  motion to suppress evidence on 4-16-89 of house at 407 M St,
  NE, 2-5-88 search of same house & a 12-24-87 search of an
  apt occupied by deft Edmond (N)) (JUDGE RICHEY) (Dkt'd
  09/12/89).

9/06/89        Filed transcript of proceedings for 09/05/89 (pgs 1471-1665.
                 (REP: Miller Reporting Co.)) (Dkt'd 09/12/89).
               - defts, response to 9-1-89 order, w/Exhibit 1 (Dkt'd
                 09/12/89).
               Motion for change of venue  (MOT#78) (Counts 1,16,26,
                 S2,S17,S27,S42-S43) (defts, for reconsideration,
                 w/attachments) (Dkt'd 09/12/89).
               - defts' suggested order of defense counsel for opening
                 statement, cross exam, direct exam, defense cases,
                 objections, & closing argument. (Dkt'd 09/12/89).

9/07/89        Hearing held (Motion to suppress evidnece of 5-23-89 heard &
                 taken under advisement. Deft comm/comm issued  (REP:
                 Cathy Jardim, Miller Reporting)) (JUDGE RICHEY) (Dkt'd
                 09/12/89).
               Defendant committed. Commitment issued (Dkt'd 09/12/89).
               Hearing held (juror screening 9am & 2pm (REP: Alice
                 Chiang)) (Dkt'd 09/12/89).

9/08/89        Filed transcript of proceedings for 09/07/89 (pgs 1666-1809.
                 (REP: Miller Reporting)) (Dkt'd 09/12/89).
               Order filed (directing deft to comply w/booking
                 proceedures(N)) (JUDGE RICHEY) (Dkt'd 09/13/89).
               Hearing held (juror screening (REP: Camille DiDonato))
                 (Dkt'd 09/13/89).
               Order filed (re: distribution of juror questionnaire)
                 (JUDGE RICHEY) (Dkt'd 09/13/89).
               Status hearing held (5pm - re: distribution of
                 questionnaire Defts not present (REP: Cathy Jardim, Miller
                 Reporting)) (JUDGE RICHEY) (Dkt'd 09/13/89).
               - RETYPED INDICTMENT - Counts 1,2,3,4,5 remain the same,
                 Count 11 becomes Count 6, Count 12 becomes Count 7, Count
                 13 becomes Count 8, Count 14 becomes Count 9, Count 15
                 becomes Count 10, Count 16 becomes Count 11, Count 17
                 becomes Count 12, Count 18 becomes Count 13, Count 26
                 becomes Count 14, Count 27 becomes Count 15, Count 28

becomes Count 16, Count 29 becomes Count 17, Count 30
becomes Count 18, Count 31 becomes Count 19, Count 38
becomes Count 20, Count 39 becomes Count 21, Count 42
becomes Count 22, Count 43 becomes Count 23. (Dkt'd
09/21/89).

09/11/89    Motion filed (MOT#79) (deft, for leave to file pretrial
            motions late (W/EXHIBIT: Motion for severance)) (Dkt'd
            09/14/89).
            Filed transcript of proceedings for 09/08/89 (pgs 1808-1841,
            (REP: Miller Reporting)) (Dkt'd 09/14/89).
            Order filed (denying deft's motion to suppress physical
            evidence (N)) (JUDGE RICHEY) (Dkt'd 09/14/89).
            Order filed (redesignating that all daily transcripts
            currently being prepared for Group III defts shall be
            redesignated & transferred to counsel for Group I (N))
            (JUDGE RICHEY) (Dkt'd 09/14/89).
            - request of defts to modify jury procedures. (Dkt'd
            09/14/89).
            - article entitled "Edmond trial to begin w/DC first
            anonymous jury", Washington Post dated 9-10-89. (Dkt'd
            09/14/89).
            Order filed (denying defts' motion for reconsideration of
            motion for change of venue (N)) (JUDGE RICHEY) (Dkt'd
            09/21/89).
            Motion for change of venue denied (MOT#78) (JUDGE RICHEY)
            (Dkt'd 09/21/89).
            Order filed (re: trial procedures (N)) (JUDGE RICHEY)
            (Dkt'd 09/21/89).
            Order filed (re: jury sequestion (N)) (JUDGE RICHEY) (Dkt'd
            09/21/89).
            Jury selection held (Counts S2,S17,S27) (begun) (Dkt'd
            09/22/89).
            Jury selection set for 09/12/89 (Counts S2,S17,S27)
            (respited, Deft comm/comm issued (REP: Cathy Jardim,
            Miller Reporting Co)) (JUDGE RICHEY) (Dkt'd 09/22/89).
            Defendant committed. Commitment issued (Dkt'd 09/22/89).

09/12/89    Jury selection held (Counts S2,S17,S27) (resumed) (Dkt'd
            09/22/89).
            Jury selection set for 09/13/89 (Counts S2,S17,S27)
            (respited. deft comm/comm issued. (REP: Cathy Jardim,
            Miller Reporting)) (JUDGE RICHEY) (Dkt'd 09/22/89).
            Defendant committed. Commitment issued (Dkt'd 09/22/89).

09/13/89    Jury selection held (Counts S2,S17,S27) (resumed) (Dkt'd
            09/25/89).
            Jury selection set for 09/14/89 @ 9:30 AM (Counts S2,S17,
            S27) (respited. Deft comm/comm issued (REP: Cathy Jardim,

                    Miller Reporting)) (JUDGE RICHEY) (Dkt'd 09/25/89).
                    Defendant committed. Commitment issued (Dkt'd 09/25/89).

09/14/89         - objections (14) of defense counsel (Dkt'd 09/26/89).
                 Motion made in open court   (MOT#80) (defense counsel,
                    requests (8) for additional voir dire) (Dkt'd 09/26/89).
                 Motion made in open court   (MOT#81) (defts, request to
                    admonish press to refrain from sketching jurors.) (Dkt'd
                    09/26/89).
                 Motion made in open court   (MOT#82) (defts, request (2)
                    for recess every 90 minutes) (Dkt'd 09/26/89).
                 Motion made in open court   (MOT#83) (defts, request for
                    poll on defense counsel Lepley's motion) (Dkt'd 09/26/89).
                 Motion filed (MOT#84) (defts, to strike jury panel,
                    dismiss indictment, & to permit additional voir dire)
                    (Dkt'd 09/26/89).
                 Jury selection held (Counts S2,S17,S27) (jury & 6
                    alternates selected, to be sworn on 9-18-89 a 9:30am. Deft
                    comm/comm issued (REP:  Diane Hobdy, Miller Reporting))
                    (JUDGE RICHEY) (Dkt'd 09/26/89).
                 Defendant committed. Commitment issued (Dkt'd 09/26/89).

09/15/89         Order filed (directing deft to comply w/booking order)
                    (JUDGE RICHEY) (Dkt'd 09/26/89).
                 Motion by government filed  (MOT#85) (to except designated
                    govt agents from the rule of witnesses) (Dkt'd 09/26/89).

09/18/89         Voir dire begins-jury (Counts S2,S17,S27) (Dkt'd 09/26/89).

                 Trial begins-jury (Counts S2,S17,S27) (jury & 6 alternates
                    sworn) (Dkt'd 09/26/89).
                 Trial held-jury (Counts S2,S17,S27) (Dkt'd 09/26/89).
                 Jury trial adjourned to 09/19/89 a 9:30 AM (Counts S2,S17,
                    S27) (deft comm/comm issued (REP:  Diane Hobdy, Miller
                    Reporting)) (JUDGE RICHEY) (Dkt'd 09/26/89).
                 Defendant committed. Commitment issued (Dkt'd 09/26/89).
                 Memorandum in opposition to motion in limine  (MOT#77)
                    (govt's response in opposition to deft Butler's motion in
                    limine) (Dkt'd 09/28/89).
                 Motion made in open court in limine  (MOT#86) (Counts 1,16,
                    26,S2,S17,S27,S42-S43) (defts) (Dkt'd 09/28/89).
                 - govt, Memorandum regarding sufficiency of evidence of
                    controlled substance (Dkt'd 09/28/89).
                 Order filed (granting defts' joint motion to request the
                    govt to disclose all evidence that it intends to introduce
                    against them at trial, directing govt to disclose to defts
                    any evidence that it currently intends to introduce against
                    them at trial pursuant to Rule 404(b) FR of Evidence by 9-
                    19-89 by 9:30am (N)) (JUDGE RICHEY) (Dkt'd 09/28/89).

09/19/89

Trial held-jury (Counts S2,S17,S27) (same jury & 6
  alternates, juror #7 & alternate #3 excused, alterante
  juror #1 takes seat of juror #7, alternate #2 takes seat of
  alternate juror #1, alternate juror #4 takes seat of
  alternate juror #2, alterante juror #5 takes seat of
  alternate juror #3, alterante juror #6 takes seat of
  alternate juror #4.) (Dkt'd 09/28/89).
Jury trial adjourned to 09/20/89 @ 9:30 AM (Counts S2,S17,
  S27) (trial testimony to begin. deft comm/comm issued
  (REP: Diane Hobdy, Miller Reporting)) (JUDGE RICHEY)
  (Dkt'd 09/28/89).
Defendant committed. Commitment issued (Dkt'd 09/28/89).
Motion filed (MOT#87) (in court, under seal.) (Dkt'd
  09/28/89).
Order filed (under seal.) (JUDGE RICHEY) (Dkt'd 09/28/89).
Order filed (denying deft's request for an order
  prohibiting the govt from referring to the overt acts of
  alleged members of the conspiracy severed from Group I
  defts, except for overt acts pertaining to offenses of
  homicide & assault w/attempt to kill, denying deft's
  request for an order barring the govt from introducing
  evidence to prove that deft was associated w/the Crips,
  denying deft's request for an order prohibiting to govt
  from introducing physical evidence pertaining to defts &
  counts severed from Group I except as it is relevant to the
  conspiracy count & does not pertain to the overt acts of
  homicide & assault w/intent to kill, denying deft's request
  for an order prohibiting the govt from introducing into
  evidence two sweatshirts which bear certain slogans,
  denying deft's request for an order prohibiting the govt
  from introducing into evidence a statement that deft
  allegedly made to Los Angeles Deputy Sheriff John Edner,
  denying deft's request for an order prohibiting the govt
  from introducing confessions, admissions & statements made
  by alleged co-conspirators following their arrest, denying
  deft's request for an order prohibiting the govt from
  introducing the confessions, admissions, or statements of
  alleged co-conspirators to law enforcement authorities &
  the govt. (N)) (JUDGE RICHEY) (Dkt'd 09/28/89).
Stipulation Filed (of testimony as to Valera Gail Butler.)
  (Dkt'd 09/28/89).
- govt's requested instruction #1 pinkerton theory
  vicarious guilt of substantive offense (Dkt'd 09/28/89).
- govt, proposed questions for individual voir dire of
  jurors. (Dkt'd 09/28/89).
Order filed (granting govt's motion to except designated
  govt agents from the rule on witnesses, setting forth
  procedures for designated agents to sit at counsel table
  (N)) (JUDGE RICHEY) (Dkt'd 09/28/89).

Motion by government granted  (MOT#85) (JUDGE RICHEY)
  (Dkt'd 09/28/89).
Order filed (denying defts motion to adopt & conform
  motions in limine (N)) (JUDGE RICHEY) (Dkt'd 09/28/89).

09/20/89      Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
                alternates.) (Dkt'd 10/02/89).
              Jury trial adjourned to 09/21/89 @ 9:30 AM (Counts S2,S17,
                S27) (respited.  Deft comm/comm issued.  (REP: Diane Hobdy,
                Miller Reporting)) (JUDGE RICHEY) (Dkt'd 10/02/89).
              - note (1) under seal. (Dkt'd 10/02/89).
              Order filed (first order modifying trial order (N)) (JUDGE
                RICHEY) (Dkt'd 10/02/89).
              Order filed (second order modifying trial order, denying
                oral motions of deft Edmond for mistrial (N)) (JUDGE
                RICHEY) (Dkt'd 10/02/89).

09/21/89      Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
                alternates.) (Dkt'd 10/02/89).
              Jury trial adjourned to 09/22/89 @ 9:30 AM (Counts S2,S17,
                S27) (respited, deft comm/comm issued.  (REP:  Gordon
                Slodysko)) (JUDGE RICHEY) (Dkt'd 10/02/89).
              Defendant committed. Commitment issued (Dkt'd 10/02/89).
              - note (1) from juror. (Dkt'd 10/02/89).
              Motion  filed  (MOT#88) (joint, defts & govt, to continue
                daily copy.) (Dkt'd 10/02/89).
              Order filed (quashing subpoena (under seal)) (CHIEF JUDGE
                ROBINSON) (Dkt'd 10/02/89).
              Motion in limine filed  (MOT#89) (Counts 1,16,26,S2,S17,S27,
                S42-S43) (defts.) (Dkt'd 10/02/89).
              Motion  filed  (MOT#90) (defts, re: motion in limine)
                (Dkt'd 10/02/89).

09/22/89      Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
                alternates) (Dkt'd 10/02/89).
              Jury trial adjourned to 09/25/89 @ 9:30 AM (Counts S2,S17,
                S27) (respited, deft comm/comm issued (REP:  Shirley
                Popejoy)) (JUDGE RICHEY) (Dkt'd 10/02/89).
              Defendant committed. Commitment issued (Dkt'd 10/02/89).
              - defts, Memorandum in support of proposed cross-
                examination of witness Phillips re: mental condition &
                introduction of independent psychiatric evidence of her
                mental incapacity & impairment (N) (Dkt'd 10/02/89).
              - note (under seal) (Dkt'd 10/02/89).
              - note from jury re: beer w/dinner (Dkt'd 10/02/89).
              Order filed (denying defts' motion to permit additional
                individual voir dire, to strike jury panel & to dismiss
                indictment (N)) (JUDGE RICHEY) (Dkt'd 10/02/89).
              Motion  denied  (MOT#84) (JUDGE RICHEY) (Dkt'd 10/02/89).

Motion filed (MOT#91) (defts, to exclude testimony of
  Officer Darrell Young) (Dkt'd 10/02/89).
Memorandum in opposition to motion   (MOT#91) (govt,
  opposition to exclude testimony of Officer D. Young) (Dkt'd
  10/02/89).
Order filed (denying defts' in limine motion to exclude
  testimony of Officer Darrell Young (N)) (JUDGE RICHEY)
  (Dkt'd 10/02/89).
Motion denied (MOT#91) (JUDGE RICHEY) (Dkt'd 10/02/89).
Motion filed (MOT#92) (defts, to exclude govt exhibit
  344F) (Dkt'd 10/02/89).
Memorandum in opposition to motion   (MOT#92) (govt,
  opposition to motion of defts to exclude govt exhibit 344F)
  (Dkt'd 10/02/89).
Order filed (denying defts' motion in limine to exclude
  govt exhibit 344F (N)) (JUDGE RICHEY) (Dkt'd 10/02/89).
Motion denied (MOT#92) (JUDGE RICHEY) (Dkt'd 10/02/89).
Order filed (granting govt's motion for a protective order,
  directing counsel & their agents, servants, & employees for
  all parties in this trial may not disclose the contents of
  any witness' grand jury testimony to anyone other than a
  party to this case, except as otherwise provided by law
  (N)) (JUDGE RICHEY) (Dkt'd 10/03/89).
Order filed (correcting typographical error in Court's
  order of 8-22-89 (N)) (JUDGE RICHEY) (Dkt'd 10/03/89).
Order filed (directing that defts' motion in limine re:
  instruction on bench conferences is deemed moot (N)) (JUDGE
  RICHEY) (Dkt'd 10/03/89).
Order filed (re: CJA transcript orders & seating in
  courtroom (N)) (JUDGE RICHEY) (Dkt'd 10/04/89).

09/25/89    Trial held—jury (Counts S2,S17,S27) (resumed, same jury & 4
              alternates) (Dkt'd 10/04/89).
            Jury trial adjourned to 09/26/89 a 9:30 AM (Counts S2,S17,
              S27) (respited, deft comm/comm issued (REP: G. Williams))
              (JUDGE RICHEY) (Dkt'd 10/04/89).
            Defendant committed. Commitment issued (Dkt'd 10/04/89).

09/26/89    Trial held—jury (Counts S2,S17,S27) (resumed, same jury & 4
              alternates) (Dkt'd 10/10/89).
            Jury trial adjourned to 09/27/89 a 9:30 AM (Counts S2,S17,
              S27) (respited, deft comm/comm issued (REP: Gloria
              Williams)) (JUDGE RICHEY) (Dkt'd 10/10/89).
            Defendant committed. Commitment issued (Dkt'd 10/10/89).
            - request of defense counsel to admonish witness (Dkt'd
              10/10/89).
            - proposed defense cause strikes (2) dated 9-13-89 (Dkt'd
              10/10/89).
            - additional defense challenges based on the questionnaires

  (Dkt'd 10/10/89).
- proposed strikes for cause of deft (Dkt'd 10/10/89).
- notes (26) from venire panel during week of 9-11-89
  (Dkt'd 10/10/89).
Order filed (second order for productoin of records of
  certain witness (N) (placed under seal)) (JUDGE RICHEY)
  (Dkt'd 10/10/89).
Order filed (denying defts' motion to compel a psychiatric
  examination of Deborah Phillips & Denise Ann Johnon (N))
  (JUDGE RICHEY) (Dkt'd 10/10/89).

9/27/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
              alternates) (Dkt'd 10/10/89).
           Jury trial adjourned to 09/28/89 a 9:30 AM (Counts S2,S17,
              S27) (respited , deft comm/comm issued (REP:  Gloria
              Williams)) (JUDGE RICHEY) (Dkt'd 10/10/89).
           Defendant committed. Commitment issued (Dkt'd 10/10/89).
           Order filed (denying defts' request for court order
              directing witness Linda Joy Wilson to undergo a urinalysis
              or other post testimony testing (N)) (JUDGE RICHEY) (Dkt'd
              10/10/89).
           Motion made in open court   (MOT#93) (defts, to order
              jurors to pay no attention to bench conferences) (Dkt'd
              10/10/89).
           Motion made in open court   (MOT#94) (defts, to strike
              testimony of Bryant & Young) (Dkt'd 10/10/89).
           Order filed (denying defts' motion in limine to strike
              testimony of Officers Bryant & Young (N)) (JUDGE RICHEY)
              (Dkt'd 10/10/89).
           Motion denied  (MOT#94) (JUDGE RICHEY) (Dkt'd 10/10/89).
           - by witness, Deborah Phillips, Response to order to show
              cause (Dkt'd 10/10/89).

9/28/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury &4
              alternates) (Dkt'd 10/10/89).
           Jury trial adjourned to 09/29/89 (Counts S2,S17,S27)
              (respited, deft comm/comm issued (REP:  A. Thomson)) (JUDGE
              RICHEY) (Dkt'd 10/10/89).
           Defendant committed. Commitment issued (Dkt'd 10/10/89).
           Motion made in open court   (MOT#95) (defts, to compel
              testimony of Elsa Walsh of the Washington Post) (Dkt'd
              10/10/89).
           Motion denied  (MOT#95) (heard & denied) (JUDGE RICHEY)
              (Dkt'd 10/10/89).
           - proposed procedures (under seal) (Dkt'd 10/10/89).
           Notice filed (ruling & notice to counsel re: cross
              examination & final arguments) (Dkt'd 10/10/89).
           Motion  filed  (MOT#96) (defts, to order drug test of Linda
              Wilson) (Dkt'd 10/10/89).

Motion denied. (MOT#96) (previously denied 9-27-89) (JUDGE
  RICHEY) (Dkt'd 10/10/89).
Motion made in open court   (MOT#97) (defts, for
  continuance of cross examination of Linda Wilson, Witness)
  (Dkt'd 10/10/89).

9/29/89     Filed notice of interlocutory appeal  (APPL#1) (by deft,
            from Memorandum Opinion & Order excluding spectators from
            the trial, signed 9-29-89.  (CJA - NO FEE) (USCA #89-3158))
            (Dkt'd 10/11/89).
            Mark the beginning of a potential excludable period of type
            X-D starting on 09/29/89 ((In re APIF on 9-29-89)) (Dkt'd
            10/11/89).
            - (APPL#1) (copies of Notice of Appeal to deft & defense
            counsel.) (Dkt'd 10/11/89).
            Notice of interlocutory appeal and docket entries
            transmitted to U.S. Court of Appeals  (APPL#1) (ONLY.)
            (Dkt'd 10/11/89).
            Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
            alternates) (Dkt'd 10/11/89).
            Jury trial adjourned to 10/02/89 @ 9:30 AM (Counts S2,S17,
            S27) (respited, deft comm/comm issued (REP:  A. Thomson))
            (JUDGE RICHEY) (Dkt'd 10/11/89).
            Defendant committed. Commitment issued (Dkt'd 10/11/89).
            Order filed (MEMORANDUM OPINION & ORDER barring general
            public from courtroom except for press, court ersonnel,
            security officers & attys. in any phase of this case (N))
            (JUDGE RICHEY) (Dkt'd 10/11/89).

0/02/89     Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
            alternates) (Dkt'd 10/16/89).
            Jury trial adjourned to 10/03/89 @ 10:00 AM (Counts S2,S17,
            S27) (respited, deft comm/comm issued (REP:  AM - A.
            Thomson & PM - G.  Slodysko)) (JUDGE RICHEY) (Dkt'd
            10/16/89).
            Defendant committed. Commitment issued (Dkt'd 10/16/89).
            Motion filed  (MOT#98) (defts, to stay trial proceedings
            pending appeal) (Dkt'd 10/16/89).
            Order filed (copy of motion of defts to stay trial pending
            appeal "denied in open court "  (fiat) (N) (JUDGE RICHEY)
            (Dkt'd 10/16/89).
            Motion denied  (MOT#98) (JUDGE RICHEY) (Dkt'd 10/16/89).

0/03/89     Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 4
            alternates, alternate #4 excused.  deft comm/comm issued
            (REP:  AM - G. Slodysko & PM - H. Deutsch)) (Dkt'd
            10/16/89).
            Jury trial adjourned to 10/04/89 (Counts S2,S17,S27)
            (respited, deft comm/comm issued (REP:  AM - G. Slodysko &

PM - H. Deutsch)) (JUDGE RICHEY) (Dkt'd 10/16/89).
Defendant committed. Commitment issued (Dkt'd 10/16/89).
- note (1) from deft, attachment (under seal) (Dkt'd
  10/16/89).

0/04/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
           alternates) (Dkt'd 10/16/89).
           Jury trial adjourned to 10/05/89 (Counts S2,S17,S27)
           (respited, deft comm/comm issued (REP: Diane Hobdy, Miller
           Reporting)) (JUDGE RICHEY) (Dkt'd 10/16/89).
           Defendant committed. Commitment issued (Dkt'd 10/16/89).
           Order KATZOFF, HOWARD appointed for material witnesses (to
           represent Patrick Pinkney. signed 5-9-89. Voucher #0070170.
           ) (MAGISTRATE ROBINSON) (Dkt'd 10/16/89).

0/05/89    Trial held-jury (Counts S2,S17,S27) (resumed, ,same jury &
           3 alternates) (Dkt'd 10/16/89).
           Jury trial adjourned to 10/06/89 (Counts S2,S17,S27)
           (respited, deft comm/comm issued (REP: H. Deutsch)) (JUDGE
           RICHEY) (Dkt'd 10/16/89).
           Defendant committed. Commitment issued (Dkt'd 10/16/89).
           Motion made in open court   (MOT#99) (by media, to obtain
           certain transcripts received into evidence) (Dkt'd
           10/16/89).
           Motion granted  (MOT#99) (heard & granted) (JUDGE RICHEY)
           (Dkt'd 10/16/89).
           Order filed (allowing transcripts of tape recordings to be
           made available to the print & electronic media, directing
           that certain unnamed third parties file any objections to
           release of transcripts by 10-6-89 a 9:30am (N)) (JUDGE
           RICHEY) (Dkt'd 10/16/89).
           - note re: caller (under seal) (Dkt'd 10/16/89).
           - list of innocent third parties (under seal) (Dkt'd
             10/16/89).
           Order filed (unsealing the record as to James Mathis &
           Royal Brooks as it relates to their plea, unsealing records
           of James Minor CR#89-247 & Alta Rae Zanville CR#89-249.
           (N)) (JUDGE RICHEY) (Dkt'd 10/16/89).

0/06/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
           alternates) (Dkt'd 10/17/89).
           Motion filed  (MOT#100) (defts, for leave to file
           transcript of 10-5-89 under seal, w/EXHIBIT: transcript of
           10-5-89, pgs 1-31, excerpt, (REP: H. Deutsch).) (Dkt'd
           10/17/89).
           Motion taken under advisement  (MOT#100) (in re: seal
           transcript of proceedings of 10-5-89 as it relates to third
           parties named in transcript.) (JUDGE RICHEY) (Dkt'd
           10/17/89).

Jury trial adjourned to 10/10/89 @ 9:00 AM (Counts S2,S17,
S27) (respited, motion of defts to preclude release to
press of transcripts of those persons not named in
indictment but named in transcripts begun & respited.  Deft
comm/comm issued (REP:  G. Slodysko)) (JUDGE RICHEY) (Dkt'd
10/17/89).
Defendant committed. Commitment issued (Dkt'd 10/17/89).
- defts, Memorandum of law re: public release of wiretap &
consensual transcripts (Dkt'd 10/17/89).
- additional listing of third poarties listed primarily on
consensuals (under seal) (Dkt'd 10/17/89).
- letter dated 10-6-89 from third party identified on
transcripts (under seal) (Dkt'd 10/17/89).

0/10/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
alternates) (Dkt'd 10/18/89).
Jury trial adjourned to 10/11/89 (Counts S2,S17,S27)
(respited, deft comm/comm issued (REP:  Victoria Ranucci))
(JUDGE RICHEY) (Dkt'd 10/18/89).
Defendant committed. Commitment issued (Dkt'd 10/18/89).
Hearing continued to 10/12/89 (motion of certain unnamed
persons to preclude release of transcripts of tapes to the
press resumed & respited) (Dkt'd 10/18/89).
Motion to quash filed  (MOT#101) (by G. Allen Dale, Esq.,
to quash subpoena issued 10-10-89) (Dkt'd 10/18/89).
Motion to quash mooted  (MOT#101) (JUDGE RICHEY) (Dkt'd
10/18/89).
- memorandum of govt re: release of consensual recordings
(Dkt'd 10/18/89).
Appearance of ROBINSON, WENDELL C as attorney for defendant
(as counsel for Arthur & Toni Reynolds, movants) (Dkt'd
10/18/89).
Motion  filed  (MOT#102) (movants, Arthur & Toni Reynolds,
for protective order and/or to redact) (Dkt'd 10/18/89).
Motion to produce filed  (MOT#103) (Counts 1,16,26,S2,S17,
S27,S42-S43) (defts, to produce Giglio & Brady evidence re:
witness Zanville, Royal Brooks & James Mathis) (Dkt'd
10/18/89).
Motion  filed  (MOT#104) (defts, for reconsideration of
denial of motion to unseal court record re: Zanville)
(Dkt'd 10/18/89).
Order filed (denying motion of defts for expedited
transcript (N)) (JUDGE RICHEY) (Dkt'd 10/18/89).

0/11/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
alternates) (Dkt'd 10/24/89).
Jury trial adjourned to 10/12/89 (Counts S2,S17,S27)
(respited, deft comm/comm issued, (REP:  H. Deutsch))
(JUDGE RICHEY) (Dkt'd 10/24/89).

Defendant committed. Commitment issued (Dkt'd 10/24/89).
- notes (2) from press (Dkt'd 10/24/89).
- note (1) from juror (Dkt'd 10/24/89).

0/12/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
           alternates) (Dkt'd 10/24/89).
           Jury trial adjourned to 10/13/89 (Counts S2,S17,S27)
           (respited, deft comm/comm issued (REP: H Deutsch)) (JUDGE
           RICHEY) (Dkt'd 10/24/89).
           Defendant committed. Commitment issued (Dkt'd 10/24/89).
           Motion made in open court  (MOT#105) (third parties, to
           preclude release of tape transcripts to press) (Dkt'd
           10/24/89).
           Motion taken under advisement  (MOT#105) (JUDGE RICHEY)
           (Dkt'd 10/24/89).
           - 2 notes, dated 10-7-89 & 10-8-89 (under seal) (Dkt'd
           10/24/89).
           - copy of supplemental filing for third party interceptees
           (orig filed in Misc# 89-212, under seal) (Dkt'd 10/24/89).
           Order filed (copy, granting application of media
           representatives for transcripts of tapes, directing that
           the unredacted transcripts be made available to the press
           as soon as practicable (N) (orig filed in Misc #89-212))
           (JUDGE RICHEY) (Dkt'd 10/24/89).
           - copy, Memorandum Opinion (N) (orig filed in Misc #89-212)
           (Dkt'd 10/24/89).

0/13/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
           alternates) (Dkt'd 10/25/89).
           Jury trial adjourned to 10/16/89 (Counts S2,S17,S27)
           (respited, deft commcomm issued (REP: H Deutsch)) (JUDGE
           RICHEY) (Dkt'd 10/25/89).
           Defendant committed. Commitment issued (Dkt'd 10/25/89).
           Motion by government filed  (MOT#106) (to protect integrity
           of jury panel) (Dkt'd 10/25/89).
           Order filed (setting hearing on govt's motion to protect
           integrity of jury panel set for 10-17-89 a 9am, defts
           presently on trial to file any response to govt's motion by
           10-14-89 by 4pm, any other party to file their response by
           10-16-89 by 4PM (N)) (JUDGE RICHEY) (Dkt'd 10/25/89).
           Hearing set to 10/17/89 (Dkt'd 10/25/89).
           Motion filed  (MOT#107) (third party, for leave to
           intervene on behalf of innocent third parties & for leave
           to proceed without prepayment of costs) (Dkt'd 10/25/89).

0/16/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
           alternates) (Dkt'd 10/25/89).
           Jury trial adjourned to 10/17/89 (Counts S2,S17,S27)
           (respited, deft comm/comm issued (REP: C. Dibonato))

(JUDGE RICHEY) (Dkt'd 10/25/89).
Defendant committed. Commitment issued (Dkt'd 10/25/89).
- objection dated 10-10-89 from deft Jones (Dkt'd 10/25/89).

Order filed (reserving decision w/respect to Royal Brooks &
  denying decision as to Zanville & Mathis on defts' motion
  to produce Giglio & Brady materials(N)) (JUDGE RICHEY)
  (Dkt'd 10/25/89).
Motion to produce granted in part: denied in part
  (MOT#103) (JUDGE RICHEY) (Dkt'd 10/25/89).
Memorandum in opposition to motion  (MOT#104) (by govt, to
  motion for reconsideration of denial of motion to unseal
  court records) (Dkt'd 10/25/89).

0/17/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
            alternates) (Dkt'd 10/26/89).
          Jury trial adjourned to 10/18/89 (Counts S2,S17,S27) (deft
            comm/comm issued (REP: L. Strobel)) (JUDGE RICHEY) (Dkt'd
            10/26/89).
          Defendant committed. Commitment issued (Dkt'd 10/26/89).
          - (MOT#106) (govt's proposed findings of fact &
            conclusions of law on govt's motion to protect integrity of
            jury panel) (Dkt'd 10/26/89).
          Memorandum in opposition to motion by government  (MOT#106)
            (by deft, to govt's motion to protect integrity of jury
            panel) (Dkt'd 10/26/89).
          Motion by government taken under advisement  (MOT#106)
            (JUDGE RICHEY) (Dkt'd 10/26/89).
          - note from defts re: inclusion in appellate record
            consentual tapes of Alta Rae Zanville made on 12-19-88
            (Dkt'd 10/26/89).
          - article from Wash. Post dated 10-17-89 entitled "2 held
            in Va. for allegedly buying 33 lbs of cocaine", in support
            of defts' oral motion for mistrial (Dkt'd 10/26/89).
          Motion by government filed  (MOT#108) (exparte w/attachment,
            under seal) (Dkt'd 10/26/89).
          Order filed (granting exparte motion fo govt filed 10-17-89
            (N) under seal) (JUDGE RICHEY) (Dkt'd 10/26/89).
          Motion by government granted  (MOT#108) (JUDGE RICHEY)
            (Dkt'd 10/26/89).
          Order filed (denying defts motion for reconsideration of
            denial of motion to unseal court record of Alta Zanville,
            directing govt to provide defts with a copy of Zanville's
            personnel records in redacted form (N)) (JUDGE RICHEY)
            (Dkt'd 10/26/89).
          Motion denied  (MOT#104) (JUDGE RICHEY) (Dkt'd 10/26/89).
          - govt, opposition to defts motion in limine regarding
            consentual tape recordings (Dkt'd 10/26/89).

0/18/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
             alternates) (Dkt'd 10/27/89).
           Jury trial adjourned to 10/19/89 (Counts S2,S17,S27)
             (respited, deft comm/comm issued (REP:  Camille Di Donato))
             (JUDGE RICHEY) (Dkt'd 10/27/89).
           Defendant committed. Commitment issued (Dkt'd 10/27/89).
           - Memorandum opinion (N) (JUDGE RICHEY) (Dkt'd 10/27/89).
           Order filed (conditionally granting govt's motion to
             protect integrity of jury by erecting protective shield ,
             staying decision until 10-23-89 a 9:30am, denying defts
             request to unseal certain materials previously submitted to
             USCA, Exhibitis 1,2, (N)) (JUDGE RICHEY) (Dkt'd 10/27/89).
           Motion by government granted  (MOT#106) (JUDGE RICHEY)
             (Dkt'd 10/27/89).

0/19/89    Filed notice of interlocutory appeal  (APPL#2) (deft, from
             10-18-89 order of trial court ordering partial closure of
             trial to public.  (CJA - NO FEE)) (Dkt'd 10/30/89).
           Mark the beginning of a potential excludable period of type
             X-D starting on 10/19/89 ((In re APIF#2 on 10-19-89))
             (Dkt'd 10/30/89).
           - (APPL#2) (copies of Notice of Appeal to deft & defense
             counsel) (Dkt'd 10/30/89).
           Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
             alternates) (Dkt'd 10/30/89).
           Jury trial adjourned to 10/20/89 (Counts S2,S17,S27)
             (respited, deft comm/comm issued (REP: Camille DiDonato,
             Miller Reporting)) (JUDGE RICHEY) (Dkt'd 10/30/89).
           Defendant committed. Commitment issued (Dkt'd 10/30/89).
           Motion made in open court by government  (MOT#109) (to hold
             Deborah Y. Phillips in civil contempt for failure to
             testify) (Dkt'd 10/30/89).
           Motion by government denied  (MOT#109) (heard & denied)
             . (JUDGE RICHEY) (Dkt'd 10/30/89).
           - govt, opposition to motion of deft to delay testimony of
             govt witness Alta Rae Zanville (Dkt'd 10/30/89).
           Order filed (denying defts motion to delay testimony of
             Alta Zanville (N)) (JUDGE RICHEY) (Dkt'd 10/30/89).
           Order filed (denying the motions in limine of defts
             Millington & Edmond requesting an order prohibiting the
             govt from using any consensual conversations (N)) (JUDGE
             RICHEY) (Dkt'd 10/30/89).
           Order filed (denying defts motion to dismiss & for an
             evidentiary hearing (N)) (JUDGE RICHEY) (Dkt'd 10/30/89).

10/20/89   Trial held-jury (Counts S2,S17,s27) (reumed, same jury & 3
             alternates) (Dkt'd 11/01/89).
           Jury trial adjourned to 10/23/89 (Counts S2,S17,S27)
             (respited, deft comm/comm issued (REP: Lorraine Strobel,

Miller Reporting)) (JUDGE RICHEY) (Dkt'd 11/01/89).
Defendant committed. Commitment issued (Dkt'd 11/01/89).
Order filed (vacating the court's oral order of 10-89
  directing the govt to redact the firt line of Exhibit 386B
  (N)) (JUDGE RICHEY) (Dkt'd 11/01/89).
Notice of interlocutory appeal and docket entries
  transmitted to U.S. Court of Appeals  (APPL#2) (ONLY!)
  (Dkt'd 11/01/89).

0/23/89      Trial held—jury (Counts S2,S17,S27) (resumed, same jury & 3
               alternates) (Dkt'd 11/07/89).
             Jury trial adjourned to 10/24/89 (Counts S2,S17,S27)
               (respited, deft comm/comm isused (REP: H. Deutsch)) (JUDGE
               RICHEY) (Dkt'd 11/07/89).
             Defendant committed. Commitment issued (Dkt'd 11/07/89).
             Order filed (granting govt's motion for protective order,
               directing that upon receipt of Jencks Act materials in this
               case defense counsel shall provide only their clients & no
               one elxe w/access to these materials (N)) (JUDGE RICHEY)    .
               (Dkt'd 11/07/89).
             Order filed (denying defts oral motion requesting govt to
               disclose to him an affidavit prepared in support of a
               search warrant application for a search of Alta Zanville's
               home, the actual search warrant, and an inventory of what
               was seized during the search & to provide him w/access to
               all items seized pursuant to search warrant, denying defts
               request for right to subpoena requested records (N)) (JUDGE
               RICHEY) (Dkt'd 11/07/89).
             - govt's response to defts motion for mistrial predicated
               on reference to Brian Tribble during direct testimony of
               James Minor (Dkt'd 11/07/89).

0/24/89      Trial held—jury (Counts S2,S17,S27) (resumed, same jury & 3
               alternates) (Dkt'd 11/07/89).
             Jury trial adjourned to 10/25/89 (Counts S2,S17,S27)
               (respited, deft comm/comm isused (REP: H. Deutsch)) (JUDGE
               RICHEY) (Dkt'd 11/07/89).
             Defendant committed. Commitment issued (Dkt'd 11/07/89).
             Order filed (denying defts motion for mistrial based on
               James Minor's reference to Brian Tribble during his direct
               examination (N)) (JUDGE RICHEY) (Dkt'd 11/07/89).
             U.S. Court of Appeals docket number (USCA #89-3171.) (Dkt'd
               11/07/89).

0/25/89      Trial held—jury (Counts S2,S17,S27) (resumed, same jury & 3
               alternates) (Dkt'd 11/08/89).
             Jury trial adjourned to 10/26/89 (Counts S2,S17,S27)
               (respited, deft comm/comm issued (REP: Tom Dourian))
               (JUDGE RICHEY) (Dkt'd 11/08/89).

Defendant committed. Commitment issued (Dkt'd 11/08/89).

/26/89    Trial held-jury (Counts S2,S17,S27) (resumed, samejury & 3
          alternates) (Dkt'd 11/08/89).
          Jury trial adjourned to 10/27/89 (Counts S2,S17,S27)
          (respited, deft comm/comm issued (REP: G. Slodysko))
          (JUDGE RICHEY) (Dkt'd 11/08/89).
          Defendant committed. Commitment issued (Dkt'd 11/08/89).
          - Interim Voucher #2 (176285) approved for Cynthia Lobo,
          Esq., on 10-23-89, in the amount of $2,423.98. (Dkt'd
          11/08/89).
          - interim voucher #3 (176285) approved for Cynthia Lobo,
          Esq, on 10-23-89 in the amount of $6,400.76. (Dkt'd
          11/08/89).
          - interim voucher #4 (176285) approved by USCA CJ Wald
          for Cynthia Lobo, Esq, on 10-23-89 in the amount of $11,128.
          00. (Dkt'd 11/08/89).

0/27/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
          alternates) (Dkt'd 11/08/89).
          Jury trial adjourned to 10/30/89 (Counts S2,S17,S27)
          (resited, deft commm/comm issued (REP: AM – Tom Dourian &
          PM – Diane Hobdy)) (JUDGE RICHEY) (Dkt'd 11/08/89).
          Defendant committed. Commitment issued (Dkt'd 11/06/89).
          - Memorandum of court to all counsel re: atty. misconduct
          during exam. of witnesses & final argument (N) (Dkt'd
          11/08/89),

0/30/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
          alterantes) (Dkt'd 11/09/89).
          Jury trial adjourned to 10/31/89 (Counts S2,S17,S27)
          (respited, deft comm/comm issued (REP: L. Strobel, Miller
          Reporting)) (JUDGE RICHEY) (Dkt'd 11/09/89).
          Hearing held (5:10PM, motion of defts for mistrial due to
          witness intimidation resumed & respited until business of
          court will permit. deft comm/comm isued (REP: Harry
          Deutsch)) (JUDGE RICHEY) (Dkt'd 11/09/89).
          Defendant committed. Commitment issued (Dkt'd 11/09/89).
          Order filed (directing parties to file any requests for
          change by 11-2-89 by noon (N)) (JUDGE RICHEY) (Dkt'd
          11/09/89).
          - letter dated 10-12-89 re: exhibit request by press (Dkt'd
          11/09/89).

0/31/89   Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
          alternates) (Dkt'd 11/09/89).
          Jury trial adjourned to 11/01/89 (Counts S2,S17,S27)
          (respited, deft comm/comm issued (REP: H. Deutsch)) (JUDGE
          RICHEY) (Dkt'd 11/09/89).

Defendant committed. Commitment issued (Dkt'd 11/09/89).
issued writ of habeas corpus ad testificandum (for
production of certain witness on 11-6-89 ordered & issued,
placed under seal in room 1800.) (JUDGE RICHEY) (Dkt'd
11/09/89).

1/01/89       Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
              alternates) (Dkt'd 11/13/89).
              Jury trial adjourned to 11/02/89 (Counts S2,S17,S27)
              (respited, deft comm/comm issued (REP: B. Byrne)) (JUDGE
              RICHEY) (Dkt'd 11/13/89).
              Defendant committed. Commitment issued (Dkt'd 11/13/89).
              Motion made in open court  (MOT#110) (deft, to preclude
              testimony fo James Mathis) (Dkt'd 11/13/89).
              Motion denied (MOT#110) (JUDGE RICHEY) (Dkt'd 11/13/89).
              - (APPL#2) (updated docket sheet to USCA (89-3171)) (Dkt'd
              11/13/89).

1/02/89       Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
              alternates) (Dkt'd 11/13/89).
              Jury trial adjourned to 11/03/89 (Counts S2,S17,S27)
              (respited, deft comm/comm issued (REP: B.Byrne)) (JUDGE
              RICHEY) (Dkt'd 11/13/89).
              Defendant committed. Commitment issued (Dkt'd 11/13/89).
              - govt, Memorandum in opposition to deft Butler's motion
              for mistrial, w/exhibit #A. (Dkt'd 11/13/89).

1/03/89       Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
              alternates) (Dkt'd 11/14/89).
              Jury trial adjourned to 11/06/89 (Counts S2,S17,S27)
              (respited, deft comm/comm issued (REP: B. Byrne)) (JUDGE
              RICHEY) (Dkt'd 11/14/89).
              Defendant committed. Commitment issued (Dkt'd 11/14/89).

1/06/89       Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
              alternates) (Dkt'd 11/14/89).
              Jury trial adjourned to 11/07/89 (Counts S2,S17,S27)
              (respited, deft commm/comm issued (REP: Lorraine Stroble,
              Miller Reporting)) (JUDGE RICHEY) (Dkt'd 11/14/89).
              Defendant committed. Commitment issued (Dkt'd 11/14/89).
              Stipulation Filed (of expected testimony from Wendy Blair)
              (Dkt'd 11/14/89).
              Motion by government filed  (MOT#111) (exparte, w/att.
              (under seal)) (Dkt'd 11/14/89).
              Order filed (granting govt's exparte motion filed under
              seal 11-6-89 (N)) (JUDGE RICHEY) (Dkt'd 11/14/89).
              Motion by government granted  (MOT#111) (JUDGE RICHEY)
              (Dkt'd 11/14/89).
              - govt, Memorandum re: notes of Mathis proffer (Dkt'd

11/14/89).

| | |
|---|---|
| 11/07/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/14/89). Jury trial adjourned to 11/08/89 (Counts S2,S17,S27) (respited, deft comm/comm issued (REP: L. Strobel)) (JUDGE RICHEY) (Dkt'd 11/14/89). Defendant committed. Commitment issued (Dkt'd 11/14/89). |
| 11/08/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/14/89). Jury trial adjourned to 11/09/89 (Counts S2,S17,S27) (respited, deft comm/comm issued (REP: Ronald Meek, Miller Reporting)) (JUDGE RICHEY) (Dkt'd 11/14/89). Defendant committed. Commitment issued (Dkt'd 11/14/89). |
| 11/09/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/14/89). Jury trial adjourned to 11/13/89 (Counts S2,S17,S27) (respited, deft comm/comm issued (REP: Alice Chiang)) (JUDGE RICHEY) (Dkt'd 11/14/89). Defendant committed. Commitment issued (Dkt'd 11/14/89). |
| 11/13/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/15/89). Jury trial adjourned to 11/14/89 (Counts S2,S17,S27) (respited, deft comm/comm issued (REP: Josephine Kieler)) (JUDGE RICHEY) (Dkt'd 11/15/89). Defendant committed. Commitment issued (Dkt'd 11/15/89). Order filed (denying all requests for the preparation of transcripts on an expedited basis (N)) (JUDGE RICHEY) (Dkt'd 11/15/89). Order filed (quashing subpoena issued by deft to ATF Special Agent Edward W. Wetterman (N)) (JUDGE RICHEY) (Dkt'd 11/15/89). |
| 11/14/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/16/89). Jury trial adjourned to 11/15/89 (Counts S2,S17,S27) (respited, deft comm/comm issued (REP: Camille DiDonato)) (JUDGE RICHEY) (Dkt'd 11/16/89). Defendant committed. Commitment issued (Dkt'd 11/16/89). - interim voucher #5 (176285) approved by Chief Judge Wald, USCA, on 11-13-89 for Cynthia Lobo, Esq, in the amount of $13,136.00. (Dkt'd 11/16/89). |
| 11/15/89 | Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3 alternates) (Dkt'd 11/20/89). Jury trial adjourned to 11/16/89 (Counts S2,S17,S27) |

(respited, deft comm/comm issued (REP:  Ron Meek)) (JUDGE
RICHEY) (Dkt'd 11/20/89).
Defendant committed. Commitment issued (Dkt'd 11/20/89).
Motion by government filed  (MOT#112) (to vacate immunity
order) (Dkt'd 11/20/89).
Order filed (vacating immunity order issued on 11-6-89 (N))
(JUDGE RICHEY) (Dkt'd 11/20/89).
Motion by government granted  (MOT#112) (JUDGE RICHEY)
(Dkt'd 11/20/89).

11/16/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
alternates) (Dkt'd 11/21/89).
Jury trial adjourned to 11/17/89 (Counts S2,S17,S27)
(respited, deft comm/comm issued (REP:  L. Strobel)) (JUDGE
RICHEY) (Dkt'd 11/21/89).
Defendant committed. Commitment issued (Dkt'd 11/21/89).
Filed writ of habeas corpus ad testificandum returned
executed, served on 11/03/89 (in re: M. Pollard, FCI
Petersburg, Va.) (Dkt'd 11/21/89).

11/17/89    Trial held-jury (Counts S2,S17,S27) (resumed, same jury & 3
alternates) (Dkt'd 11/21/89).
Jury trial adjourned to 11/20/89 (Counts S2,S17,S27)
(respited, deft comm/comm issued (REP:  G. Slodysko))
(JUDGE RICHEY) (Dkt'd 11/21/89).
Defendant committed. Commitment issued (Dkt'd 11/21/89).
- MOTION FILED 11/9/89, by U.S. Dept. of the Treasury to
quash a subpoena issued to Special Agent Edward W.
Wetterman, a Special Agent of the Bureau of Alcohol,
Tobacco and Firearms, directing him to appear at trial and
to produce documents, with P&A's, and attachments.  (MOTION
FILED 11/9/89) (Dkt'd 11/24/89).

02/23/91    Case closed: All counts terminated (for statistical
purposes only.) (Dkt'd 02/23/91).
..............................................................

End of docket