UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    1:89-cr-00162-RCL-6 |
| v. | : |
| | : |
| TONY LEWIS | : |
| | : |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO *PRO SE* MOTION FOR REDUCTION OF SENTENCE**

Tony Lewis, by and through his undersigned attorney, and respectfully requests that this Court grant the undersigned an extension of time in which to file a reply to the government's opposition to to the previously filed *pro se* Motion for Reduction of Sentence, and in support thereof states the following.

1. Mr. Lewis filed a *pro se* motion styled "Petition for Reduction of Sentence Pursuant to to18 U.S.C. § 3582(c)(2) For Amendment To The Sentencing Guidelines." [ECF No. 147].

2. On March 14, 2016, this Court granted defendant's request for the appointment of counsel.

3. The Government was granted an extension of time within which to respond. On April 20, 2016, the Government filed its Response. [ECF No. 178].

4. On May 6, 2016, previous counsel was appointed to represent Mr. Lewis pursuant to the Criminal Justice Act.

5. Undersigned counsel was retained by Mr. Lewis' friends and family and entered her appearance on August 2, 2018.

7. Counsel got the file from previous counsel in September 2018. Counsel was in trial or preparing for trial from September until early December 2019.

8. Based on the file received from previous counsel, counsel determined that there were additional records and investigation that counsel must undertake.

9. There were also additional records only provided by previous counsel in late last year 2019and early 2020..

10. Undersigned COUNSEL JENIFER WICKS HAD A STROKE ON APRIL1, 2020 AND WAS RELEASED HOME ON APRIL 24 but she was not cleared to return to work.  SHE returned to work on October 19 in a limited capacity, working part time.  Counsel is now working 16-24 hours a week.

11. Counsel's assistant has now also been out due to covid for the past month.

12. Counsel has not been able to finalize investigation and research on this pleading for Mr. Lewis. Counsel has also not been unable to communicate effectively with Mr. Lewis due to lockdown conditions at his facility.

12. Given the work needed to be done and counsel's anticipated schedule in the coming months, undersigned counsel is requesting that this Court grant the undersigned additional time within which to file the reply to the government's opposition.

12. The undersigned has contacted AUSA Margaret J. Chriss about this matter and she indicated that she does not oppose the request, with the usual caveat that the government is not waiting any timeliness arguments..

Wherefore, Mr. Lewis and counsel respectfully request that this Honorable Court grant an additional time within which to supplement the *pro se* motion filed at ECF No. 147 and to reply to the Government's Response filed at ECF No. 178.

Respectfully submitted,

/s/ Jenifer Wicks

_____
JENIFER WICKS
Bar No. 465476

Blind Justice Legal Services
PO Box 60585
Washington, D.C.  20039
(202) 839-5102
Facsimile (202) 478-0867
Jenifer@BlindJusticeDC.org

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 1, 2021, a copy of the foregoing was delivered, via ECF, to the Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20001.

/s/ Jenifer Wicks

_____
JENIFER WICKS